## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA ROBERTS** | : | |
| **Plaintiff** | : | |
| **vs.** | : | **C.A. #02-4037** |
| **PHILADELPHIA HOUSING AUTHORITY,** | : | |
| **et al.** | : | |
| **Defendants** | : | |

## O R D E R

    **AND NOW**, this    day of    , 2002, upon consideration of the plaintiff's motion to determine the amount of attorney's fees and the response thereto, Community Legal Services, Inc. is hereby awarded attorney's fees and costs of $1,064.00 for the successful prosecution of the motion for contempt and to enforce in this matter.

                              BY THE COURT:

                            _____

                            U.S. DISTRICT COURT JUDGE

## IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

DONNA ROBERTS           :
   Plaintiff            :
   vs.                   : C.A. #02-4037
PHILADELPHIA HOUSING AUTHORITY,   :
   et al.               :
   Defendants         :

### PLAINTIFF'S MOTION TO DETERMINE
### AMOUNT OF ATTORNEYS FEES

1. The plaintiff commenced the above-captioned matter by filing a complaint in June of 2002, seeking to enforce various subsidized housing rights and constitutional rights pursuant to 42 U.S.C. §§ 1437 and 1983.

2. The parties entered into a stipulation in settlement in July of 2002. The stipulation was approved by the Court on July 31, 2002 and was docketed on August 1, 2002.

3. When defendants failed to comply with that stipulation, on October 21, 2002, the plaintiff filed her motion to enforce the settlement agreement.

4. By order dated November 12, 2002, the motion was granted and plaintiff was awarded, *inter alia*, attorneys fees for the prosecution of the motion.

5. The plaintiff now files her motion for a determination of the amount of attorneys fees pursuant to the settlement stipulation.

6. In the event that the defendant challenges the hourly rate sought by counsel for plaintiff, plaintiff requests that a hearing be scheduled in order to allow plaintiff to provide evidence of the appropriate fair market rate.

WHEREFORE, the plaintiff prays that this Honorable Court enter an award of attorney's fees as more fully set forth in the accompanying affidavit.

_____
Michael Donahue, Esquire
Community Legal Services, Inc.
1424 Chestnut Street
Philadelphia, PA 19102
215-981-3700
Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

DONNA ROBERTS                          :
   Plaintiff                          :
   vs.                               : C.A. #02-4037
PHILADELPHIA HOUSING AUTHORITY,        :
  et al.                               :
   Defendants                        :

### AFFIDAVIT OF MICHAEL DONAHUE

I, Michael Donahue, hereby state under the penalties of perjury that the following information, made in support of the motion for award of attorney's fees in the above matter, is true and correct to the best of my knowledge, information and belief:

1. I am currently employed as a staff attorney at Community Legal Services, Inc., a non-profit corporation providing free legal services to indigent people. I have been employed by Community Legal Services, Inc. since September of 1987.

2. From December of 1977 through September of 1987, I was employed as a staff attorney at Delaware County Legal Assistance Association, Inc. also a non-profit corporation engaged in the business of providing free legal services, to indigent people.

3. Since becoming employed at Community Legal Services, Inc., in September of 1987, I have handled an open and ongoing caseload of approximately 100 cases. All of these cases have been in the public housing unit at Community Legal Services, Inc., a unit specializing in public housing and Section 8 assisted tenancy cases.

4. I have been a member of the Bar of the U.S. District Court for the Eastern District of Pennsylvania since 1978. During that time I have handled numerous matters of federal litigation.

5. I have had extensive litigation experience in federal court. This includes the successful prosecution of at least six matters before the Third Circuit Court of Appeals and ten class actions. A list of those cases is attached hereto as Exhibit "A".

6. I have also attached as Exhibit "A", a list of the housing cases, involving federal regulations, that I have successfully prosecuted. The list contains approximately 300 cases. It is not a complete list of all of the housing cases that I have prosecuted in federal court. In

particular, it contains few of the cases that I successfully prosecuted during the ten years that I was employed at Delaware County Legal Assistance Association. Information about those cases is not readily available to me.

7. I have also prosecuted a great many other non-housing cases in federal court.

8. I believe that, as a result of my experience in handling federal litigation and my experience with the legal issues that are involved in public housing tenancies, I have efficiently spent the minimum number of hours necessary to litigate this matter.

9. Under the policies and procedures of Community Legal Services, Inc., my hourly billing rate has been established at $280.00 per hour. An affidavit explaining the CLS attorney's fees rate is attached hereto as Exhibit "B".

10. Due to budgetary constraints, Community Legal Services, Inc. has been able to hire very few attorneys in the past fourteen years.

11. As a result, there are few attorneys at CLS that are less senior than Michael Donahue. As a further result, all staff attorneys at Community Legal Services have large and demanding caseloads.

12. At the time that this matter was litigated there was only two other attorneys at Community Legal Services that represented subsidized housing tenants, and who had the necessary expertise to efficiently represent tenants in actions similar to the instant case. Those attorneys were not available to handle the instant action. The hourly rates for those attorneys is $295.00 and $220.00 per hour.

13. As is more fully detailed in the attached hourly activity sheet, attached hereto as Exhibit "C", I have spent 3.8 hours in litigating the motion to enforce in this matter.

14. Accordingly, $1,064.00 is sought for reasonable compensation for attorney's fees and costs for the plaintiff's successful prosecution of the motion to enforce in this case.

Michael Donahue, Esquire
Community Legal Service, Inc.
1424 Chestnut Street
Philadelphia, PA 19102
215-981-3700
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

DONNA ROBERTS　　　　　　　　　：
　　Plaintiff　　　　　　　　　　　　：
　　vs.　　　　　　　　　　　　　　：  C.A. #02-4037
PHILADELPHIA HOUSING AUTHORITY,　：
　　et al.　　　　　　　　　　　　　：
　　Defendants　　　　　　　　　　：

## MEMORANDUM

## I. INTRODUCTION

Donna Roberts commenced the above-captioned matter by filing a complaint in June of 2002, seeking to enforce various subsidized housing and constitutional rights pursuant to 42 U.S.C. §§ 1437 and 1983. In July of 2002 the parties entered into a settlement stipulation, which was approved by the court on July 31, 2002 and docketed on August 1, 2002. When defendants failed to comply with the settlement agreement and court order, the plaintiff filed her motion to enforce on October 21, 2002. By ordered dated November 12, 2002, the motion was granted and, *inter alia*, the plaintiff was awarded attorneys fees for the prosecution of the motion. The plaintiff now files her motion for a determination of the amount of attorneys fees.

## II. DISCUSSION

### A. Donna Roberts Is A Prevailing Party

Attorneys fees may be awarded to a prevailing party in an action under 42 U.S.C. § 1988. In order to be a prevailing party, the plaintiff must essentially succeed in obtaining the relief that he sought on his claim on the merits. Morrison v. Ayoob, 627 F.2d 669 (3rd Cir. 1980) *cert. den.*, 101 S.Ct. 898. The plaintiff must also receive relief under judicial imprimatur or by specific settlement agreement between the parties providing for attorneys fees. Buckhannon Board and Care Home v. West Virginia Department of Health and Human Services, 2001 WL 567728. Attorneys fees are appropriate even in cases where the plaintiff succeeds by way of settlement, prior to any hearing in the case. Maher v. Gagne, 448 U.S. 122, 100 S.Ct. 2570, 65 L.Ed.2d 653 (1980); El Club Del Barrio, Inc. v. United Community Corporations, Inc., 735 F.2d 98 (3rd Cir.

1

1984); Oshiver v. Philadelphia Court of Common Pleas Court Administration, 497 F. Supp. 416 (E.D. Pa. 1980).

Attorneys fees are also appropriate for subsequent efforts to ensure compliance with a settlement or consent decree. Stenson v. Blum, 512 F. Supp. 680, aff'd, 1 F.2d 493, aff'd in part and rev'd in part on other grounds, 465 U.S. 886, 104 S.Ct. 1541, 79 L.Ed.2d 891; Diaz v. Romer, 96 F.2d 1588 (10th Cir. 1992); and Halderman v. Pennhurst State School & Hosp., 725 F. Supp. 861 (E.D. Pa. 1989).

In the instant case, there can be little doubt that the plaintiff succeeded in obtaining the exact relief requested.  The plaintiff sought to enforce the July 31, 2002 settlement stipulation in this matter that, *inter alia*, required defendants to pay, by September 15, 2002, $300.00 to Community Legal Services as attorneys.  By order dated November 12, 2002 PHA has been ordered to make payment of the attorneys fees, plus interest.  Accordingly, the plaintiff has succeeded in obtaining the precise relief which she sought and is clearly a prevailing party.

Section 1983 of Title 42 of the United States Code provides housing assistance participants with a cause of action to address violations of federal housing laws by state officials.  Wright v. Roanoke Redevelopment and Housing Authority, 479 U.S. 418, 107 S.Ct. 766, 93 L.Ed.2d 781 (1987).  Specifically, public housing tenants may rely on the Section 1983 to enforce the requirement that PHA take all actions or refrain from any action to carry out grievance awards. Laticia Farley v. Philadelphia Housing Authority, et al., 102 F.3rd 697 (3rd Cir. 1996) (PHA's failure to comply with 24 C.F.R. § 966.57 gives rise to a cause of action pursuant to 42 U.S.C. § 1983).  Other courts have followed Wright in applying it to violations of federal housing regulations.  Holly v. Housing Authority of New Orleans, 684 F.Supp. 1363 (E.D. La. 1988) (Violation of 24 C.F.R. Section 882.210(b)(4)).

Many courts in this jurisdiction have also applied Wright based upon PHA's violations of its own regulations.  Morris v. PHA, et al., C.A. #95-6650 (E.D. Pa. 1996) (Buckwalter, J.) (Violation of 24 C.F.R. § 966.57), *aff'd*, NO. 96-1401 (3rd Cir. December 17, 1996); Rivera v. PHA, et al., C.A. #95-7658, 1996 WL 99744 (E.D. Pa. March 6, 1996) (Giles, J.) (Violation of

24 C.F.R. § 966.57); Adams v. PHA, et al, C.A. #95-3237, 1996 WL 32881 (E.D. Pa. January 19, 1996) (Gawthrop J.) (Violation of 24 C.F.R. § 966.57); Wallace v. PHA, et al., C.A. #95-4261, 1995 WL 709933 (E.D. Pa. November 29, 1995) (rejecting PHA' argument that Section 1983 cannot be used to enforce rights under the Housing Act for violation of 24 C.F.R. § 966.57) (VanArtsdalen, J.); Caldwell v. PHA, et al, C.A. #95-2069, 1995 WL 631665 (E.D. Pa. October 26, 1995) (Buckwalter, J.) (Violation of 24 C.F.R. § 966.57); Ollison v. PHA, et al., C.A. #94-145 (E.D. Pa. 1994) (Katz, J.); Burnett v. PHA, et al., C.A. #93-4966 (E.D. Pa. 1994) (Bechtle, J.); Carrero v. PHA, et al., C.A. #93-4029 (E.D. Pa. 1993) (DuBois, J.) (Partial summary judgment granted for violation of 24 C.F.R. Section 966.57); Drennon v. PHA, et al., C.A. #92-6155, 1993 WL 197450 (E.D. Pa 1993) (Smith, M.J.) (Violation of 24 C.F.R. Section 966.57); Swaayze v. PHA, et al., C.A. 91-2982 (E.D. Pa. 1992) (VanAntwerpen, J.) (Violation of 24 C.F.R. Section 966.57); Whitt v. PHA, et al., C.A. #92-1583 (E.D. Pa 1992) (Giles, J.) (Violation of 24 C.F.R. Section 966.57); Shaw v. PHA, et al., C.A. 90-7650, 1991 WL 97681 (E.D. Pa May 28, 1991) (Newcomer, J.) (violation of 24 C.F.R. Section 882.209); Goodmond v. PHA, et al., C.A. #90-7360 (E.D. Pa. 1991) (Giles, J.) (violation of 24 C.F.R. Section 882.209); Westbrook v. PHA, et al., C.A. 90-156 (E.D. Pa. 1990) (Lord, J.) (Violation of 24 C.F.R. Section 882.216); and Tharrington v. PHA, et al., Bky #89-12146F, Adv Proc #89-0633 (Bankr. E.D. Pa. 1990) (Fox, J.) (Violation 24 C.F.R. Section 966.4(h)).

## B. The Requested Fees Are Reasonable

The requested fees are reasonable under the prevailing market rate. Plaintiff has attached an affidavit explaining how Community Legal Services has set its attorneys fees rates. Those attorneys fees rates were adopted by the Community Legal Services Board of Directors, which is comprised of many attorneys, and the fees were established after surveys of many market rates in this area. The current fee schedule is based upon a recent and independent survey of attorney fees rates by the firm of Altman, Weil, Pensa. The Third Circuit's Task Force on Court Awarded Attorneys Fees had cited a former version of CLS' fee schedule as a "highly developed" model and urged consideration of its use elsewhere. 108 F.R.D. 237, 260 n. 70 (1985). More recently,

3

the Third Circuit found the CLS' fee schedule ". . . to be a fair reflection of the prevailing market rates in Philadelphia." Maldonado v. Houstoun, 256 F.3d 181, 187 (3rd Circuit 2001), *quoting,* Rainey v. Philadelphia Housing Auth., 832 F.Supp. 127, 129 (E.D.Pa. 1993), *citing,* Swaayze v. Philadelphia Housing Auth., No. 91-2982, 1992 WL 81598 at *2 (E.D.Pa. Apr. 16, 1992).

Moreover, numerous decisions in this district have found CLS' fee schedules to be fair and reasonable. See, River v. PHA, et al., C.A. #97-7976 (E.D. Pa. 1999) (Broderick, J.); Dawson & Robinson v. PHA, et al., C.A. #98-2219 (E.D. Pa. 1999) (Waldman, J.); Jones v. PHA, et al., C.A. #99-0067 (E.D. Pa. 1999) (Shapiro, J.); Bryant v. PHA, et al., C.A. #97-7478 (E.D. Pa. 1999) (Joyner, J.); Tharrington, supra; Westbrook, supra; Shired v. PHA, C.A. #91-6652 (E.D. Pa. 1992) (Green, J.); Jones v. PHA, C.A. #91-1685 (E.D. Pa. 1991) (VanAntwerpen, J.); Deans v. PHA, Bky #91-11802F, Adv Proc #91-0224F (Bankr. E.D. Pa. 1991) (Fox, J.); Jungkurth v. Eastern Financial Services, 87 B.R. 333 (E.D. Pa. 1988); Laubach v. Fidelity Consumer Discount Co., C.A. #85-1902 (E.D. Pa. 1986) (Newcomer, J.); Johnson v. 2nd National Fund Corp., 515 F. Supp. 1380 (E.D. Pa. 1981) (Giles, J.); Joyce v. Fidelity Consumer Discount Co., C.A. #84-3740 (E.D. Pa. 1986) (Dittert, J.); Higgins v. Philadelphia Gas Works, 54 B.R. 928, 937-938 (E.D. Pa. 1985) (Katz, J.); Griggs v. Provident Consumer Discount Company, C.A. #80-1930 (E.D. Pa. 1983) (Lord, J.); McClure v. O'Bannon, C.A. #79-1013 (E.D. Pa. 1983) (Shapiro, J.); Shadis v. Beal, C.A. #75-3421 (E.D. Pa. 1981) (Newcomer, J.).

Attorneys fees under 28 U.S.C. § 1988 should be awarded based upon the prevailing market rate regardless of whether counsel works for a private firm or for a nonprofit legal aid program. Blum v. Stenson, 465 U.S. 866, 104 S.Ct. 1541, 79 L.Ed.2d 891 (1984). Fees should be awarded based upon hours reasonably expended to litigate the case. Hensley v. Eckerhart, 461 U.S. 424, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983). The hours spent by counsel for plaintiff in this case were reasonable.

An award of attorneys fees should be based upon: "the number of hours reasonably expended on the litigation" multiplied by a "reasonable hourly rate". Blum, *supra,* 465 U.S. at 888, 104 S.Ct. at 1544. A reasonable hourly rate should be based upon the prevailing billing

4

rates in the community market. Hensley, *supra* and Student Public Interest Research Group v. AT&T Bell Laboratories, 842 F.2d 1436, 1449 (3rd Cir. 1980). The rate should be based upon an assessment of the skill of the prevailing party's attorney and a comparison of the rates of those comparable lawyers in the private sphere. Student Public, *supra* at 1447 and Rode v. Dellarciprete, 892 F.2d 117, 1183 (3rd Cir. 1982). Community market rates increase the likelihood that competent counsel will take civil rights cases and that the congressional policies will be vindicated. Student Public, *supra* at 1449.

The hourly rate should not be reduced because of the simplicity of the case. The simplicity of the issues should be reflected in the total number of hours reasonably expended. Hughes v. Repko, 578 F.2d 483, 487 (3rd Cir. 1978). In the instant matter, counsel for plaintiff was forced to spend significant time in order to ensure that the defendants complied with the February 20, 2002 court order, as well as federal statutory and regulatory law. Counsel has also been forced to spend significant time and on the instant motion to determine the amount of attorneys fees. Plaintiff should be reimbursed for these expenses.

## III. CONCLUSION

In light of the above, the plaintiff respectfully requests that the Court award reasonable attorneys fees to counsel for plaintiff.

Michael Donahue, Esquire
Community Legal Services, Inc.
1424 Chestnut Street
Philadelphia, PA 19102
215-981-3700
Counsel for Plaintiff

5

Third Circuit Cases

<u>Armstead v. U.S. Dept Housing & Urban Development, et al.</u>, 815
F.2d 278 (3rd Cir 1987) (Attorneys fees awarded on remand)
<u>Begley, et al. v. Phila Electric Co., et al.</u>, 760 F.2d 46 (3rd
Cir. 1985)
<u>Clark v. Philadelphia Housing Authority</u>, 43 F.3d 1460 (3rd Cir.
1994)
<u>Farley v. Philadelphia Housing Authority</u>, 102 F.3rd 697(3rd Cir.
1996)
<u>Morris v. Philadelphia Housing Authority</u>, NO. 96-1401
<u>Whittaker v. Phila Electric Co.</u>, 882 F.2d 791 (3rd Cir. 1989)


Class Actions

<u>Begley</u>, <u>supra</u>
<u>Brooks, et al. v. PHA, et al.</u>, C.A. #93-0232 (E.D. Pa 1993)
(Bartle, J.) (Attorneys fees by stipulation)
<u>Clements, et al. v. City of Chester, et al.</u>, C.A. #87-2657 (E.D.
Pa 1987) (R. Kelly, J.) (Attorneys fees awarded)
<u>Edelson, et al. v. Prothonotary of Montgomery County</u>, C.A. #87-
6273 (E.D. Pa. 1987) (R. Kelly, J.) (Attorneys fees received)
<u>Holland, et al. v. PHA, et al.</u>, C.A. #92-4367 (E.D. Pa 1993)
(Broderick, J.) (Attorneys fees by stipulation)
<u>Hood, et al. v. PHA, et al.</u>, C.A. #92-6129 (E.D. Pa. 1995)
(Robreno, J.) (Attorneys fees by stipulation)
<u>Imes, et al. v. Philadelphia Housing Authority, et al.</u>, Bky #90-
15362S; Adv Proc #92-0806S (Bankr. E.D. Pa 1992) (Scholl, J.)
<u>McDowell, et al. v. PHA, et al.</u>, C.A. #97-2302 (E.D. Pa. 1998)
(Fullam, J.)
<u>Morris, et al. v. Phila Electric Co., et al.</u>, Bky #81-00901G; Adv
Proc #81-0471G (Bankr. E.D. Pa) (Goldhaber, J.)
<u>Salter, et al. v. PHA, et al.</u>, C.A. #99-1681 (E.D. Pa. 2001)
(Yohn, J.)
<u>Whittaker</u>, <u>supra</u>
<u>Whitt, et al. v. Philadelphia Housing Authority, et al.</u>, C.A.
#92-1583 (E.D. Pa 1992) (Giles, J.)
<u>Pleasant v. Evers</u>, C.A. #97-4124 (E.D. Pa. 1998) (Ludwig, J.)

Housing Cases Involving Federal Regulations

<u>Adams v. PHA, et al.</u>, C.A. #93-3783 (E.D. Pa 1993)(Padova,
J.)(Attorneys fees by stipulation)
<u>Adams v. PHA, et al.</u>, C.A. #94-4265 (E.D. Pa. 1994) (Padova, J.)
(Attorneys fees by stipulation)
<u>Adams v. PHA, et al.</u>, C.A. #95-585 (E.D. Pa. 1995) (Gawthrop, J.)
(Attorneys fees by stipulation)
<u>Adams v. PHA, et al.</u>, C.A. #95-3237 (E.D. Pa. 1995) (Gawthrop,
J.) (Attorneys fees awarded)
<u>Adams & Bowens v. Phila Housing Authority, et al</u>, 94 B.R. 838
(Bankr. E.D. Pa 1988) (Scholl, J.) (Attorneys fees awarded)
<u>Adams & Robbins v. PHA, et al.</u>, C.A. #97-3422 (E.D. Pa. 1997)
(Padova, J.) (Attorneys fees by stipulation)

"A"

<u>Alvin v. Phila Housing Authority, et al.</u>, Bky #88-13233F; Adv
Proc #88-2261 (Bankr. E.D. Pa 1988) (Fox, J.)
<u>Armstead</u>, <u>supra</u>
<u>Armstrong v. Phila Housing Authority, et al.</u>, Bky #88-13709F; Adv
Proc #88-2313F (Bankr. E.D. Pa 1988) (Fox, J.)
<u>Bacon v. Phila Housing Authority, et al.</u>; Bky #90-10647S; Adv
Proc #90-0310 (Bankr. E.D. Pa 1990) (Scholl, J.)
<u>Baker v. PHA, et al.</u>, C.A. #96-0822 (E.D. Pa. 1996) (Brody, J.)
(Attorneys fees by stipulation)
<u>Barbour v. PHA, et al.</u>, C.A. #93-360 (E.D. Pa 1993) (Weiner, J.)
(Attorneys fees by stipulation)
<u>Barnes v. PHA, et al.</u>, C.A. #94-2490 (E.D. Pa. 1994) (Giles, J.)
(Attorneys fees by stipulation)
<u>Baylis v. Phila Housing Authority, et al.</u>; Bky #90-10129S; Adv
Proc #90-0143S (Bankr. E.D. Pa 1990) (Scholl, J.)
<u>Baylis v. PHA, et al.</u>, C.A. #92-4255 (E.D. Pa 1992) (Buckwalter,
J.) (Attorneys fees stipulated to)
<u>Bailey v. Korman Corp, et al.</u>, Bky #87-05361S; Adv Proc #87-0924S
(Bankr. E.D. Pa 1987) (Scholl, J.)
<u>Ball v. Lewis, et al.</u>, C.A. #90-1679 (E.D. Pa 1990) (Katz, J.)
<u>Barnes v. PHA, et al.</u>, Bky #91-11245S; Adv Proc #91-0177S (Bankr.
E.D. Pa. 1991) (Attorneys fees agreed upon) (Scholl, J.)
<u>Barnes v. PHA, et al.</u>, C.A. #94-7283 (E.D. Pa. 1995)
(VanArtsdalen, J.) (Attorneys fees by stipulation)
<u>Bell v. Phila Housing Authority, et al.</u>, 97 B.R. 208 (Bankr. E.D.
Pa 1989) (Scholl, J.)
<u>Bennett v. Phila Housing Authority, et al.</u>, Bky #87-06365S; Adv
Proc #88-0275S (Bankr. E.D. Pa 1988) (Scholl, J.)
<u>Birckett v. Phila Housing Authority, et al.</u>; Bky #90-14670F; Adv
Proc #90-0039F (Bankr. E.D. Pa 1990) (Fox, J.)
<u>Blakely v. Phila Housing Authority, et al.</u>; Bky #89-11516S; Adv
Proc #89-0494 (Bankr. E.D. Pa 1989) (Scholl, J.)
<u>Brooks</u>, <u>supra</u>
<u>Brown v. PHA, et al.</u>, C.A. #97-5431 (E.D. Pa. 1997) (Giles, J.)
(Attorneys fees by stipulation)
<u>Brown v. PHA, et al.</u>, C.A. #97-5449 (E.D. Pa. 1997) (Giles, J.)
(Attorneys fees by stipulation)
<u>Wanda Brunson v PHA, et al.</u>, C.A. #98-2781 (E.D. Pa. 1998)
(Shapiro, J.) (Attorneys fees by stipulation)
<u>Bryant v. Phila Housing Authority, et al.</u>, Bky #88-14323F; Adv
Proc #89-0025F (Bankr. E.D. Pa 1989) (Fox, J.)
<u>Bryant v. PHA, et al.</u>, C.A. #97-4387 (E.D. Pa. 1998) (Joyner, J.)
(Attorneys fees by stipulation)
<u>Bryant v. PHA, et al.</u>, C.A. #97-7478 (E.D. Pa. 1999) (Joyner, J.)
(Attorneys fees awarded)
<u>Bullock & McMillian v. PHA, et al.</u>, C.A. #94-2506 (E.D. Pa. 1994)
(Waldman, J.) (Attorneys fees by stipulation)
<u>Bullock v. PHA, et al.</u>, C.A. #95-3471 (E.D. Pa. 1995) (Waldman,
J.) (Attorneys fees awarded)
<u>Burch v. PHA, et al.</u>, C.A. #00-2317 (E.D. Pa. 2000) (Joyner, J.)
(Attorneys fees by stipulation)
<u>Burch v. PHA, et al.</u>, C.A. #0-5936 (E.D. Pa. 2001) (Joyner, J.)
(Attorneys fees by stipulation)
<u>Burnett v. PHA, et al.</u>, C.A. #93-4966 (E.D. Pa. 1994) (Bechtle,

J.) (Attorneys fees by stipulation)
Burnett v. Phila Housing Authority, et al.; Bky #88-14442S; Adv
Proc. #89-0157S (Bankr. E.D. Pa 1988) (Scholl, J.)
Burnett v. Phila Housing Authority, et al.; C.A. #91-4271 (E.D.
Pa) (Fullam, J.)
Burns v. Phila Housing Authority, et al.; Bky #90-11256S; Adv
Proc #90-0383 (Bankr. E.D. Pa 1990) (Scholl, J.)
Butler v. U.S. Dept Housing & Urban Development, et al., 595
F.Supp. 1041 (E.D. Pa 1984) (Katz, J.) (Attorneys fees awarded)
Butts v. PHA, et al., C.A. #98-1757 (E.D. Pa. 1998) (R. Kelly,
J.) (Attorneys fees by stipulation)
Caldwell v. PHA, et al., C.A. #95-2069 (E.D. Pa. 1995)
(Buckwalter, J.) (Attorneys fees awarded)
Campbell v. PHA, et al., C.A. #93-5772 (E.D. Pa. 1994) (Waldman,
J.) (Attorneys fees awarded)
Carr v. PHA, et al., C.A. #97-6948 (E.D. Pa. 1998) (Giles, J.)
(Attorneys fees by stipulation)
Carr v. PHA, et al., C.A. #98-4131 (E.D. Pa. 1999) (Giles, J.)
Carr v. PHA, et al., C.A. #99-0649 (E.D. Pa. 1999) (Giles, J.)
Carrero v. PHA, et al., C.A. #93-4029 (E.D. Pa. 1994) (DuBois,
J.) (Attorneys fees awarded)
Carter v. PHA, et al., C.A. #91-7819 (E.D. Pa. 1992) (R. Kelly,
J.) (Attorneys fees stipulated to.)
Carter v. PHA, et al., C.A. #92-4116 (E.D. Pa 1992) (Padova, J.)
(Attorneys fees stipulated to)
Carter v. PHA, et al., C.A. #99-1749 (E.D. Pa 2000) (Attorneys
fees by stipulation)
Cheely v. PHA, et al., C.A. #92-7238 (E.D. Pa. 1996) (DuBois, J.)
(Attorneys fees by stipulation)
Clark v. PHA, et al., C.A. #98-6301 (E.D. Pa. 1999) (Attorneys
fees by stipulation)
Clements, supra
Collazo v. PHA, et al., C.A. #96-8182 (E.D. Pa. 1997) (Dalzell,
J.) (Attorneys fees by stipulation)
Cook v. Phila Housing Authority, et al.; Bky #89-11671F; Adv Proc
#89-0531 (Bankr. E.D. Pa 1989) (Fox, J.)
Cooper v. PHA, et al., C.A. #97-1802 (E.D. Pa. 1997) (Katz, J.)
(Attorneys fees by stipulation)
Cooper v. PHA, et al., C.A. #99-1853 (E.D. Pa 1999) (Katz, J.)
(Attorneys fees awarded)
Lydia Correa v. PHA, et al., C.A. #96-0141 (E.D. Pa. 1996)
(Broderick, J.) (Attorneys fees by stipulation)
Cottle v. Phila Housing Authority, et al., Bky #88-14199F; Adv
Proc #89-0077 (Bankr. E.D. Pa 1989) (Fox, J.)
Cox v. Phila Housing Authority, et al., Bky #89-10526S; Adv Proc
#89-0300 (Bankr. E.D. Pa 1989) (Scholl, J.)
Crawford v. Phila Housing Authority, et al., Bky #88-12984S; Adv
Proc #89-2335 (Bankr. E.D. Pa 1989) (Scholl, J.)
Cropper v. Phila Housing Authority, et al. Bky #88-12249F Adv
Proc #88-2048 (Bankr. E.D. Pa 1988) (Fox, J.)
Crumety v. Phila Housing Authority, et al., Bky #88-14054F; Adv
Proc #89-0001F (Bankr. E.D. Pa 1989) (Fox, J.)
Crutchfield v. Phila Housing Authority, et al.; Bky #89-13195S;
Adv Proc #89-0941 (Bankr. E.D. PA 1989) (Scholl, J.)

3

Dawson v. PHA, et al., C.A. #98-2219 (E.D. Pa. 1999) (Attorneys fees awarded)

Deans v. Phila Housing Authority, et al.; Bky #91-11802F; Adv Proc #91-0334 (Bankr. E.D. Pa 1991) (Fees awarded at the rate of $185.00 per hour) (Fox, J.)

Dearry v. Phila Housing Authority, et al.; Bky #90-10761S; Adv Proc #90-0176S (Bankr. E.D. Pa 1991) (Scholl, J.)

Dickerson v. PHA, et al., C.A. #92-4913 (E.D. Pa 1993)(Hutton, J.)(Attorneys fees by stipulation)

Drennon v. PHA, et al., C.A. #92-6155 (E.D. Pa 1993)(Smith, M.J.) (Attorneys fees by stipulation)

Drew v. PHA, et al., C.A. #93-2148 (E.D. Pa 1993)(R. Kelly, J.)(Attorneys fees by stipulation)

Drinks v. Phila Housing Authority, et al., Bky #89-11289S; Adv Proc #89-0731 (Bankr. E.D. PA 1990) (Scholl, J.)

Dorsey v. Phila Housing Authority, et al., Bky #89-11859S; Adv Proc #89-0598 (Bankr. E.D. Pa 1989) (Scholl, J.)

Duffy v. Phila Housing Authority, et al.), Bky #88-14197F; Adv Proc #89-0208F (Bankr. E.D. Pa 1989) (Fox, J.)

Duffy v. PHA, et al., C.A. #93-635 (E.D. Pa 1993) (R. Kelly, J.) (Attorneys fees by stipulation)

Dunbar v. Phila Housing Authority, et al., Bky #88-14196S; Adv Proc #89-0016 (Bankr. E.D. Pa 1989) (Scholl, J.)

Dunbar v. Phila Housing Authority, C.A. #91-5978 (E.D. Pa 1991) (VanAntwerpen, J.) (Attorneys fees by stipulation)

Eads v. Phila Housing Authority, et al.; Bky #90-10850S; Adv Proc #90-0274 (Bankr. E.D. Pa 1990) (Scholl, J.)

Eads v. PHA, et al., C.A. #91-7003 (E.D. Pa 1992) (Hutton, J.)

Eads v. PHA, et al., C.A. #93-1806 (E.D. Pa 1993)(DuBois, J.)(Attorneys fees by stipulation)

Earl v. PHA, et al., Bky #97-32982DWS; Adv Proc #97-1101 (Bankr., E.D. Pa. 1997)(Sigmund, J.) (Attorneys fees by stipulation)

Eason v. Phila Housing Authority, et al.; Bky #89-14686S; Adv Proc #90-0077S (Bankr. E.D. Pa 1990) (Scholl, J.)

Edwards v. Phila Housing Authority, et al., Bky #89-14531F; Adv Proc #90-0124 (Bankr. E.D. Pa 1990) (Fox, J.)

Evans v. PHA, et al., C.A. #98-1979 (E.D. Pa. 1998) (Hutton, J.) (Attorneys fees by stipulation)

Evans v. Phila Housing Authority, et al.; Bky #90-11259F; Adv Proc #90-0334 (Bankr. E.D. Pa 1990) (Fox, J.)

Evans v. PHA, et al., C.A. #93-5547 (E.D. Pa 1993) (Gawthrop, J.)

Evans v. PHA, et al., Bky #92-14962S; Adv Proc #92-0827S (Bankr. E. D. Pa 1993) (Scholl, J.) (Attorneys fees awarded)

Farley v. PHA, et al., C.A. #01-1294 (E.D. Pa. 2002) (Schiller, J.)

Farley v. PHA, et al., C.A. #95-6616 (E.D. Pa. 1996) (R. Kelly, J.)

Faulkner v. PHA, et al., C.A. #94-1584 (E.D. Pa. 1994) (Green, J.) (Attorneys fees by stipulation)

Faulkner v. PHA, et al., C.A. #94-7384 (E.D. Pa. 1995) (Green, J.) (Attorneys fees by stipulation)

Flamer v. Phila Housing Authority, et al., Bky #89-11278S; Adv Proc #89-0337 (Bankr. E.D. Pa 1989) (Scholl, J.)

Floyd v. PHA, et al., C.A. #00-0289 (E.D. Pa. 2000) (Robreno, J.)

4

(Attorneys fees by stipulation)
Fowler v. PHA, et al., C.A. #95-0304 (E.D. Pa. 1995) (DuBois, J.) (Attorneys fees by stipulation)
Franks v. PHA, et al., C.A. #94-6938 (E.D. Pa. 1996) (Angell, M.J.) (Attorneys fees by stipulation)
Franks v. PHA, et al., C.A. #97-0738 (E.D. Pa. 1997) (Yohn, J.) (Attorneys fees by stipulation)
Franks v. PHA, et al., C.A. #98-0565 (E.D. Pa. 1998) (Yohn, J.) (Attorneys fees by stipulation)
Freeman v. PHA, et al., C.A. #98-6489 (E.D. Pa. 1999) (Giles, J.) (Attorneys fees awarded)
Garner v. Phila Housing Authority, et al.; C.A. #91-2512 (E.D. Pa 1991) (fees awarded) (Weiner, J.)
Gauthier v. PHA, et al., C.A. #98-3419 (E.D. Pa. 1998)(Buckwalter, J.) (Attorneys fees awarded)
Glee v. Phila Housing Authority, et al.; Bky #89-12939F; Adv Proc #89-0896 (Bankr. E.D. Pa 1989) (Fox, J.)
Glenn v. Phila Housing Authority, et al., Bky #88-14219F; Adv Proc #89-0044 (Bankr. E.D. Pa 1989) (Fox, J.)
Glover v. PHA, et al., C.A. #91-3511 (E.D. Pa 1991) (Weiner, J.) (Fees stipulated to in 10/91).
Goodmond v. Phila Housing Authority, et al., C.A. #90-7360 (E.D. Pa. 1991) (Giles, J.) (Fees awarded under 42 U.S.C. § 1983 on 7/1/91)
Green v. Phila Housing Authority, et al., C.A. #92-6001 (E.D. Pa 1992) (Yohn, J.) (Attorneys fees stipulated to)
Greene v. Phila Housing Authority, et al.,; Bky #89-12307S; Adv Proc 89-0735 (Bankr. E.D. Pa 1989) (Scholl, J.)
Hamilton v. PHA, et al., C.A. #00-1152 (E.D. Pa. 2000)(R. Kelly, J.)(Attorneys fees by stipulation)
Hamlin v.PHA, et al., C.A. #00-5344 (E.D. Pa. 2002)(Weiner, J.)(Fees awarded)
Hankins v. Phila Housing Authority, et al., Bky #88-11036; Adv Proc #88-0455 (Bankr. E.D. Pa 1988) (Fox, J.)
Hansberry v. PHA, et al., C.A. #92-2630 (E.D. Pa 1992) (Waldman, J.) (Attorneys fees stipulated to)
Hansberry v. PGW, et al., Bky #92-10018S; Adv Proc #92-0632 (Bankr. E.D. Pa 1992) (Scholl, J.)
Hansberry v. PHA, et al., C.A #02-0277 (E.D. Pa. 2002)(Angell, M.J.)
Harrell v. PHA, et al., C.A. #92-4626 (E.D. Pa 1993) (Waldman, J.) (attorneys fees by stipulation)
Harrington v. PHA, et al., C.A. #94-6974 (E.D. Pa. 1994) (Weiner, J.) (attorneys fees by stipulation)
Harris v. Phila Housing Authority, et al., (Bky #88-11240F; Adv Proc #88-0477F (Bankr. E.D. Pa 1988) (Fox, J.)
Harris v. U.S. Dept Housing & Urban Development, et al., C.A. #85-0489 (E.D. Pa 1986) (Fullam, J.) (Attorneys fees awarded)
Haslam v. PHA, et al., C.A. #92-0075 (E.D. Pa) (McGlynn, J.) (Attorneys fees awarded)
Haynes v. PHA, et al., C.A. #93-1147 (E.D. Pa. 1993) (Newcomer, J.) (Attorneys fees by stipulation)
Highter v. PHA, et al., C.A. #94-0599 (E.,D. Pa. 1994) (Dalzell, J.) (Attorneys fees by stipulation)

5

Hightower v. Phila Housing Authority, et al; C.A. #90-6154 (E.D. Pa 1990) (Giles, J.)
Hightower v. PHA, et al., C.A. #93-5224 (E.D. Pa. 1994) (Reed, J.) (Attorneys fees awarded)
Hightower v. PHA, et al., C.A. #98-2753 (E.D. Pa. 1998) (Reuter, M.J.)(Attorneys fees awarded)
Hill v. PHA, et al., C.A. #99-1799 (E.D. Pa. 2000) (Robreno, J.)(Attorneys fees by stipulation)
Hill v. PHA, et al., C.A. #00-6466 (E.D. Pa. 2002) (Kauffman, J.) (Attorneys fees awarded)
Hobbs v. PHA, et al., C.A. #98-6535 (E.D. Pa. 1999) (DuBois, J.)
Holland, supra
Holmes v. Phila Housing Authority, et al.; C.A. #90-1739 (E.D. Pa 1991) (Katz, J.) (Attorneys fees agreed to)
Holmes v. PHA, et al, C.A. #97-4665 (E.D. Pa. 1997) (Yohn, J.) (Attorneys fees by stipulation)
Hosey v. Phila Housing Authority, et al; C.A. #91-3061 (E.D. Pa 1991) (Green, J.) (Attorneys fees agreed upon)
Hosey v. PHA, et al., C.A. #92-3605 (E.D. Pa 1993) (Smith, J.) (Attorneys fees by stipulation)
Horton v. Phila Housing Authority, et al., Bky #88-12350S; Adv Proc #88-2177S (Bankr. E.D. Pa 1988) (Scholl, J.)
Houston v. Phila Housing Authority, et al.; Bky #89-14570S; Adv Proc #90-0029 (Bankr. E.D. Pa 1990) (Scholl, J.)
Huderson v. U.S. Dept Housing & Urban Development, et al., C.A. 86-2901 (E.D. Pa 1988) (Pollak, J.); subsequent decision and award of attorneys fees in Bky #84-01172S; Adv Proc #84-0582S (Bankr. E.D. Pa 1989) (Scholl, J.); Aff'd C.A. #89-2152 (E.D. Pa 1989) (Pollak, J.)
Hughes v. PHA, et al., C.A. #99-0796 (E.D. Pa 1999)(Weiner, J.)(Attorneys fees awarded)
Imes, supra.
Imes v. Phila Housing Authority, et al., C.A. #91-6163 (E.D. Pa 1991) (R. Kelly, J.) (Attorneys fees stipulated)
Ireland v. PHA, et al., Bky #92-14294S; Adv Proc #92-0807S (Bankr. E.D. Pa 1993) (Scholl, J.) (attorneys fees awarded)
Isaac v. PHA, et al., C.A. #94-3350 (E.D. Pa. 1994) (Ludwig, J.) (Attorneys fees by stipulation)
Jackson v. Phila Housing Authority, et al., Bky #88-13997F; Adv Proc #88-2341F (Bankr. E.D. Pa 1988) (Fox, J.)
Jackson v. PHA, et al., C.A. #98-5531 (E.D. Pa. 1998) (Broderick, J.) (Attorneys fees by stipulation)
Jackson v. PHA, et al., C.A. #93-6258 (E.D. Pa. 1994) (Yohn, J.)
Jackson v. PHA, et al., C.A. #94-6158 (E.D. Pa. 1994) (Yohn, J.) (Attorneys fees by stipulation)
Jackson v. PHA, et al., C.A. #93-6314 (E.D. Pa. 1994) (Padova, J.) (Attorneys fees awarded)
Jackson v. PHA, et al., C.A. #96-1173 (E.D. Pa. 1996) (J. Kelly, J.) (Attorneys fees by stipulation)
Jackson v. PHA, et al., C.A. #96-8277 (E.D. Pa. 1997) (J. Kelly, J.) (Attorneys fees by stipulation)
Jackson v. PHA, et al., C.A. #97-7041 (E.D. Pa. 1998) (J. Kelly, J.) (Attorneys fees by stipulation)
Janjanin v. PHA, et al., C.A. #98-4878 (E.D. Pa. 1999) (DuBois,

J.)(Attorneys fees awarded)
Jenkins v. Phila Housing Authority, et al.; Bky #89-13992F; Adv
Proc #89-1175 (Bankr. E.D. Pa 1990) (Fox, J.)
Johnson v. PHA, et al., C.A. #96-0671 (E.D. Pa. 1996) (Pollack,
J.) (Attorneys fees by stipulation)
Johnson v. Phila Housing Authority, et al. Bky #90-10232S; Adv
Proc #90-0157 (Bankr. E.D. PA 1990) (Scholl, J.)
Johnson v. PHA, et al., C.A. #94-7096 (E.D. Pa. 1995) (Ludwig,
J.) (Attorneys fees by stipulation)
Jones v. Phila Housing Authority, et al., C.A. #90-2048 (E.D. Pa
1990) (McGlyn, J.)
Jones v. Phila Housing Authority, et al., C.A #91-1685 (E.D. Pa
1991) (Fees awarded at the rate of $185.00 per hour)
(VanAntwerpen, J.)
Jones v. PHA, et al., C.A. #94-3349 (E.D. Pa. 1994) (Green, J.)
(Attorneys fees by stipulation)
Jones v. PHA, et al., C.A. #97-6949 (E.D. Pa. 1998) (Fullam, J.)
(Attorneys fees by stipulation)
Jones v. PHA, et al., C.A. #99-0067 (E.D. Pa. 1999) (Shapiro, J.)
(Attorneys fees awarded)
Jones v. PHA, et al., C.A. #98-6262 (E.D. Pa. 1999) (Buckwalter,
J.) (Attorneys fees awarded)
Keith v. Phila Housing Authority, et al., Bky #89-10437S; Adv
Proc #89-0173S (Bankr. E.D. Pa. 1989) (Scholl, J.)
Keyser v. PHA, et al., C.A. #97-2600 (E.D. Pa. 1997) (Hutton, J.)
(Attorneys fees by stipulation)
King v. PHA, et al., C.A. #94-1585 (E.D. Pa. 1994) (McGlyn, J.)
(Attorneys fees by stipulation)
King v. PHA, et al., C.A. #94-6974 (E.D. Pa. 1994) (Green, J.)
(Attorneys fees by stipulation)
King v. PHA, et al., C.A. #94-6907 (E.D. Pa. 1995) (Giles, J.)
(Attorneys fees by stipulation)
King v. PHA, et al., C.A. #94-6320 (E.D. Pa. 1995) (Hutton, J.)
(Attorneys fees by stipulation)
King v. PHA, et al., C.A. #99-1835 (E.D. Pa. 1999)(Weiner, J.)
(Attorneys fees by stipulation)
Kosh v. PHA, et al., C.A. #97-6806 (E.D. Pa. 1998) (Padova, J.)
(Attorneys fees by stipulation)
Kosh v. PHA, et al., C.A. #97-3932 (E.D. Pa. 1997) (Padova, J.)
(Attorneys fees by stipulation)
Leatherbury v. Phila Housing Authority, et al.; C.A. #90-3163
(E.D. Pa 1990) (R. Kelly, J.)
Lee v. PHA, et al., C.A. #93-1943 (E.D. Pa 1993) (Shapiro, J.)
(Attorneys fees by stipulation)
Lee v. PHA, et al., C.A. #93-6702 (E.D. Pa 1994) (Joyner, J.)
(Attorneys fees by stipulation)
Lee v. Phila Housing Authority, et al., Bky #89-11433S; Adv Proc
#89-0492S (Bankr. E.D. Pa 1989) (Scholl, J.)
Lewis v. PHA, et al., C.A. #93-4470 (E.D. Pa 1994) (Brody, J.)
(Attorneys fees awarded)
Lewis v. Phila Housing Authority, et al, Bky #89-11881F; Adv Proc
#89-0597 (Bankr. E.D. Pa. 1989) (Fox, J.)
Lewis v. Phila Housing Authority, et al.; Bky #89-12228S; Adv
Proc. #89-0778 (Bankr. E.D. Pa 1989) (Scholl, J.)

<u>Lewis v. PHA, et al.</u>, C.A. #92-0770 (E.D. Pa.) (Bartle, J.)
<u>Lewis v. PHA, et al.</u>, C.A. #96-8188 (E.D. Pa. 1997) (Green, J.)
(Attorneys fees by stipulation)
<u>Locke v. PHA, et al.</u>, C.A. #96-7496 (E.D. Pa. 1997) (Fullam, J.)
(Attorneys fees awarded
<u>Lofton v. PHA, et al.</u>, C.A. #93-5099 (E.D. Pa. 1994) (DuBois J.)
(Attorneys fees awarded)
<u>Lofton v. PHA, et al.</u>, C.A. #95-0011 (E.D. Pa. 1995) (DuBois, J.)
(Attorneys fees by stipulation)
<u>Lopez v. PHA, et al.</u>, C.A. #94-2099 (E.D. Pa. 1994) (McGlynn, J.)
(Attorneys fees by stipulation)
<u>Lopez v. PHA, et al.</u>, C.A. #98-4613 (E.D. Pa. 1999) (Padova, J.)
(Attorneys fees by stipulation)
<u>Lord Life v. U.S. Dept Housing & Urban Development, et al.</u>, C.A.
#88-9023 (E.D. Pa 1988) (Cahn, J.)
<u>Loveland v. U.S. Dept Housing & Urban Development, et al.</u>, C.A.
#86-1274 (E.D. Pa 1986)
<u>MacEwan v. PHA, et al.</u>, C.A. #94-7178 (E.D. Pa. 1995) (Yohn, J.)
(Attorneys fees by stipulation)
<u>Mack v. PHA, et al.</u>, C.A. #95-0412 (E.D. Pa. 1995) (R. Kelly, J)
(Attorneys fees by stipulation)
<u>Massie v. PHA, et al.</u>, C.A. #92-4670 (E.D. Pa 1993) (Joyner, J.)
(attorneys fees by stipulation)
<u>Massie v. PHA, et al.</u>, C.A. #93-2369 (E.D. Pa 1993)(Joyner,
J.)(Attorneys fees by stipulation)
<u>Massie v. PHA, et al.</u>, C.A. #94-1753 (E.D. Pa. 1994) (Joyner, J.)
(Attorneys fees by stipulation)
<u>Massie v. PHA, et al.</u>, C.A. #94-4889 (E.D. Pa. 1995) (Joyner, J.)
(Attorneys fees by stipulation)
<u>McBride v. PHA, et al.</u>, C.A. #99-2152 (E.D. Pa. 1999) (Joyner,
J.) (Attorneys fees by stipulation)
<u>McCall v. U.S. Department of Housing & Urban Development, et al.</u>,
C.A. #85-1310 (E.D. Pa 1985) (McGlynn, J.)
<u>McClain v. Phila Housing Authority, et al.</u>, Bky #88-12484S; Adv
Proc #88-2246S (Bankr. E.D. Pa 1988) (Scholl, J.)
<u>McDaniel v. PHA, et al.</u>, C.A. #93-5720 (E.D. Pa. 1994) (Padova,
J.) (Attorneys fees by stipulation)
<u>McDaniel v. PHA, et al.</u>, C.A. #97-3352 (E.D. Pa. 1997) (Bartle,
J.) (Attorneys fees by stipulation)
<u>McFarland v. PHA, et al.</u>, C.A. #92-4790 (E.D. Pa 1993) (Brody,
J.) (Attorneys fees by stipulation)
<u>McFarland v. PHA, et al.</u>, C.A. #93-1199 (E.D. Pa 1994) (Brody,
J.) (Attorneys fees awarded)
<u>McKie v. Phila Housing Authority, et al.</u>, Bky #89-11482F; Adv
Proc. #89-0493F (Bankr. E.D. Pa 1990) (Fox, J.)
<u>McMillian v. Phila Housing Authority, et al.</u>, Bky #89-10137F; Adv
Proc #89-0159F (Bankr. E.D. Pa 1989) (Fox, J.)
<u>McMillian v. PHA, et al.</u>, C.A. #94-7177 (E.D. Pa. 1995) (Waldman,
J.) (Attorneys fees by stipulation)
<u>McMillian & Bullock v. PHA, et al.</u>, C.A. #95-3471 (E.D. Pa. 1995)
(Waldman, J.) (Attorneys fees awarded)
<u>McNeil v. PHA, et al.</u>, C.A. #98-3258 (E.D. Pa. 1998)(Yohn,
J.)(Attorneys fees awarded)
<u>Mickey v. PHA, et al.</u>, C.A. #93-5059 (E.D. Pa. 1993) (Padova, J.)

(Attorneys fees awarded)
Miller v. PHA, et al., C.A. #92-6209 (E.D. Pa 1993) (Yohn, J.)
(Attorneys fees by stipulation)
Mobley v. U.S. Dept Housing & Urban Development, #85-1595 (E.D.
Pa. 1985)
Monroe v. Phila Housing Authority, et al., Bky #89-10591S; Adv
Proc #89-0420 (Bankr. E.D. Pa 1989) (Scholl, J.)
Morris v. PHA, et al., C.A. #96-8488 (E.D. Pa. 1997) (Buckwalter,
J.) (Attorneys fees by stipulation)
Morrison v. PHA, et al., C.A. #93-3859 (E.D. Pa 1993) (Ditter,
J.) (Attorneys fees by stipulation)
Morrison v. PHA, et al., Bky #93-10726BIF; Adv Proc #93-0351BIF
(Bankr. E.D. Pa 1993) (Fox, J.) (Attorneys fees awarded)
Murdock v. Phila Housing Authority, et al.; C.A. #91-1370 (E.D.
Pa 1991) (R. Kelly, J.) (Attorneys fees agreed upon)
Nadal v. PHA, et al., C.A. #94-3488 (E.D. Pa. 1995) (Bechtle, J.)
(Attorneys fees by stipulation)
Negron v. PHA, et al., C.A. #96-4786 (E.D. Pa. 1996) (Weiner, J.)
(Attorneys fees by stipulation)
Nesmith v. Phila Housing Authority, et al., C.A. #89-7581) (E.D.
Pa 1989) (Ditter, J.)
Nixon v. PHA, et al., C.A. #93-4889 (E.D. Pa. 1993) (O'Neill, J.)
(Attorneys fees by stipualtion)
Ollison v. PHA, et al., C.A. #94-145 (E.D. Pa. 1994) (Katz, J.)
(Attorneys fees by stipulation)
Outt v. U.S. Department of Housing & Urban Development, et al.,
C.A. #84-2289 (E.D. Pa 1985) (Ditter, J.)
Overton v. PHA, et al., C.A. #97-6988 (E.D. Pa. 1998) (Ludwig,
J.) (Attorneys fees by stipulation)
Pack v. Phila Housing Authority, et al., C.A. #89-4875 (E.D. Pa
1989) (McGlynn, J.)
Parker v. Phila Housing Authority, et al.; Bky #89-13260S; Adv
Proc #89-0954 (Bankr. E.D. Pa 1990) (Scholl, J.)
Patterson v. PHA, et al., C.A. #00-1641 (E.D. Pa. 2000)
(Broderick, J.) (Attorneys fees by stipulation)
Pearsall v. PHA, et al., C.A. #97-1696 (E.D. Pa. 1997) (Newcomer,
J.) (Attorneys fees by stipulation)
Peterson v. PHA, et al., C.A. #93-6491 (E.D. Pa. 1994) (Gawthrop,
J.)
Phillips v. Phila Housing Authority, et al., Bky #89-10316F; Adv
Proc #89-0214 (Bankr. E.D. Pa 1989) (Scholl, J.)
Phillips v. PHA, et al., C.A. #93-5060 (E.D. Pa 1993) (Waldman,
J.) (Attorneys fees by stipulation)
Phillips vs. Phila Housing Authority, et al., C.A. #92-3834 (E.D.
Pa. 1992) (Buckwalter, J.) (Attorneys fees stipulated to)
Phillips v. PHA, et al., C.A. #99-4656 (E.D. Pa. 2000) (Shapiro,
J.) (Attorneys fees by stipulation)
Phillips v. PHA, et al., C.A. #00-3175 (E.D. Pa. 2000) (DuBois,
J.) (Attorneys fees by stipulation)
Pickett v. Phila Housing Authority, et al., Bky #89-10123F; Adv
Proc #89-0205 (Bankr. E.D. Pa. 1989) (Fox, J.)
Prater v. PHA, et al., C.A. #96-0078 (E.D. Pa. 1996) (Hutton, J.)
(Attorneys fees by stipulation)
Prater v. PHA, et al., C.A. #96-8690 (E.D. Pa. 1997) (Hutton, J.)

(Attorneys fees by stipulation
Priester v. PHA, et al., C.A. #91-4272 (E.D. PA 1992) (Padova,
J.) (Attorneys fees awarded)
Pritchett v. PHA, et al., C.A. #00-2563 (E.D. Pa. 2000) (Katz,
J.) (Attorneys fees awarded)
Purnell v. PHA, et al., C.A. #97-5050 (E.D. Pa. 1997) (Joyner,
J.) (Attorneys fees by stipulation)
Randolph v. PHA, et al., C.A. #97-4585 (E.D. Pa. 1998) (Fullam,
J.) (Attorneys fees by stipulation)
Randolph v. PHA, et al., C.A. #98-0905 (E.D. Pa. 1998) (Fullam,
J.) (Attorneys fees by stipulation)
Ray v. Phila Housing Authority, et al., Bky #89-10690S; Adv Proc
#89-0290S (Bankr. E.D. Pa 1989) (Scholl, J.)
Redd v. PHA, et al., C.A. #97-4245 (E.D. Pa. 1997) (Weiner, J.)
(Attorneys fees by stipulation
Reid v. PHA, et al., C.A. #94-6612 (E.D. Pa. 1994) (Ludwig, J.)
(Attorneys fees awarded)
Reynolds v. Phila Housing Authority, et al.; Bky #89-11889F; Adv
Proc #89-0670 (Bankr. E.D. Pa. 1990) (Fox, J.)
Rhett v. PHA, et al., C.A. #93-3860 (E.D. Pa 1993)(Robreno,
J.)(Attorneys fees by stipulation)
Rhett v. PHA, et al.,C.A. #98-1422 (E.D. Pa. 1998) (Buckwalter,
J.)
Richardson v. Phila Housing Authority, et al., C.A. #91-4444
(E.D. Penna) (Hutton, J.) (Attorneys fees by stipulation)
Rigney v. PHA, et al., C.A. #93-2190 (E.D. Pa 1993)(Weiner,
J.)(Attorneys fees by stipulation)
Rigney v. PHA, et al., C.A. #93-6953 (E.D. PA 1994)(Weiner,
J.)(Attorneys fees by stipulation)
Rigney v. PHA, et al., C.A. #96-2880) (E.D. Pa. 1996) (Dalzell,
J.) (Attorneys fees by stipulation)
Rigney v. PHA, et al., C.A. #97-1695 (E.D. Pa. 1997) (Hutton, J.)
(Attorneys fees by stipulation)
Riley v. PHA, et al., C.A. #98-6488 (E.D. Pa. 2000) (Attorneys
fees awarded)
Rivera v. PHA, et al., C.A. #95-7658 (E.D. Pa. 1996) (Giles, J.)
(Attorneys fees awarded)
Rivera v. PHA, et al., C.A. #97-2301 (E.D. Pa. 1997) (Gawthrop,
J.) (Attorneys fees by stipulation)
Rivera v. PHA, et al., C.A. #97-7976 (E.D. Pa. 1998) (Broderick,
J.) (Attorneys fees by stipulation)
Rivera v. PHA, et al., C.A. #97-7976 (E.D. Pa. 1999) (Broderick,
J.) (Attorneys fees awarded at the rate of $265.00 per hour)
Robbins v. PHA, et al., C.A. #00-0759 (E.D. Pa. 2000) (Fullam,
J.) (Attorneys fees by stipulation)
Roberts v. PHA, et al., C.A. #02-4037 (E.D. Pa. 2002)(Ludwig, J.)
(Attorneys fees by stipulation)
Robinson v. PHA, et al., C.A. #01-6489 (E.D. Pa. 2002)(Green,
J.)(Attorneys fees by stipulation)
Rodriquez v. Phila Housing Authority, et al., C.A. #91-6852 (E.D.
Pa. 1991)(Bartle, J.)(Attorneys fees by stipulation)
Rodriquez v. Phila Housing Authority, et al., C.A. #92-0537 (E.D.
Penna) (Yohn, J.) (Attorneys fees awarded)
Rodriguez v. PHA, et al., C.A. #93-5898 (E.D. Pa 1994) (Bechtle,

J.) (Attorneys fees by stipulation)
Roldan v. PHA, et al., C.A. #95-6649 (E.D. Pa. 1999) (Broderick, J.) (Attorneys fees awarded at the hourly rate of $265.00)
Rollins v. PHA, et al., C.A. #94-7356 (E.D. Pa. 1995) (O'Neill, J) (Attorneys fees by stipulation)
Rose v. PHA, et al., C.A. #93-3551 (E.D. Pa 1993)(Gawthrop, J.)(Attorneys fees by stipulation)
Ross v. PHA, et al., C.A. #92-4068 (E.D. Pa 1992) (Bartle, J.) (Attorneys fees paid by stipulation)
Russell v. PHA, et al., C.A. #95-1206 (E.D. Pa. 1995) (J. Kelly, J.) (Attorneys fees by stipulation)
Savage v. PHA, et al., C.A. #97-2556 (E.D. Pa. 1997) (Robreno, J.) (Attorneys fees by agreement)
Sanders v. PHA, et al., C.A. #92-4864 (E.D. Pa 1992) (Dalzell, J.) (Attorneys fees agreed to by stipulation)
Santiago v. PHA, et al., C.A. #99-4045 (E.D. Pa 2000) (Newcomer, J.) (Attorneys fees awarded)
Sawyer v. PHA, et al., C.A. #00-0724 (E.D. Pa. 2000) (Waldman, J.) (Attorneys fees awarded)
Shaw v. Phila Housing Authority, et al.; C.A. #90-7650 (E.D. Pa 1991) (Newcomer, J.) (Attorneys fees awarded)
Shired v. PHA, et al., C.A. #91-6652 (E.D. Pa 1992) (Green, J.) (Attorneys fees awarded)
Shoemake v. PHA, et al., C.A. #94-0087 (E.D. Pa 1994) (Pollak, J.) (Attorneys fees by stipulation)
Shoemake v. PHA, et al., C.A. #96-8694 (E.D. Pa. 1997) (Fullam, J.) (Attorneys fees by stipulation)
Slater v. PHA, et al., C.A. #92-2705 (E.D. Pa 1992) (Green, J.) (Attorneys fees stipulated to)
Sligh v. PHA, et al., C.A. #00-4517 (E.D. Pa 2000) (Joyner, J.) (Attorneys fees by stipulation)
Small v. Philadelphia Housing Authority, et al; C.A. #91-0620 (E.D. Pa 1991) (Buckwalter, J.) (Attorneys fees agreed upon)
Small v. PHA, et al., C.A. #97-5348 (E.D. Pa. 1997) (Yohn, J.) (Attorneys fees by stipulation)
Smallwood v. PHA, et al., C.A. #96-7539 (E.D. Pa. 1997) (Weiner, J.) (Attorneys fees by stipulation)
Smith v. Phila Housing Authority, et al., Bky #88-13950F; Adv Proc #88-2312 (Bankr. E.D. Pa 1989) (Fox, J.)
Smith v. PHA, et al., C.A. #92-3460 (E.D. Pa 1992) (J. Kelly, J.) (Attorneys fees stipulated to)
Smith v. PHA, et al., C.A. #93-4526 (E.D. Pa 1993)(Joyner, J.)(Attorneys fees by stipulation)
Smith v. PHA, et al., C.A. #94-0147 (E.D. Pa 1994) (J. Kelly, J.) (attorneys fees awarded)
Smith v. PHA, et al., C.A. #94-5546 (E.D. Pa. 1995) (Newcomer, J.) (Attorneys fees by stipulation)
Smith v. PHA, et al., C.A. #94-7174 (E.D. Pa. 1995) (Fullam, J.) (Attorneys fees by stipulation)
Smith v. PHA, et al., C.A. #94-7258 (E.D. Pa. 1995) (Newcomer, J.) (Attorneys fees by stipulation)
Smith v. PHA, et al., C.A. #95-6462 (E.D. Pa. 1996) (Newcomer, J.) (Attorneys fees awarded)
Smith v. PHA, et al., C.A. #98-2874 (E.D. Pa. 1998)(Angell, M.J.)

11

Smith v. PHA, et al., C.A. #99-6602 (E.D. Pa. 2000) (Broderick, J.) (Attorneys fees by stipulation)

Snowden v. PHA, et al., C.A. #91-7249 (E.D. Pa 1992) (R. Kelly, J.) (Attorneys fees stipulated to)

Sokolowska v. PHA, et al., C.A. #93-6737 (E.D. Pa. 1994) (Katz, J.) (Attorneys fees by stipulation)

Soler v. Phila Housing Authority, et al., Bky #89-10287F; Adv Proc #89-0206F (Bankr. E.D. Pa 1989) (Fox, J.)

Stanton v. PHA, et al., C.A. #95-3733 (E.D. Pa. 1996) (Waldman, J.) (Attorneys fees awarded)

Stanton v. PHA, et al., C.A. #98-5358 (E.D. Pa. 1998) (Gawthrop, J.)

Stevens v. Phila Housing Authority, et al.; Bky #89-14480S; Adv Proc #90-0018 (Bankr. E.D. Pa 1990) (Scholl, J.)

Stewart v. Phila Housing Authority, et al.; Bky #90-10487S; Adv Proc. #90-0166 (Bankr. E.D. Pa 1990) (Scholl, J.)

Stubblefield v. Phila Housing Authority, et al., Bky #89-10689S; Adv Proc #89-0421 (Bankr. E.D. Pa 1989) (Scholl, J.)

Sudler, In re, 71 B.R. 788 (Bankr. E.D. Pa 1987) (Scholl, J.)

Swaayze v. Phila Housing Authority, et al.; C.A. #91-2982 (E.D. Pa) (VanAntwerpen, J.)

Swaayze v. PHA, et al., C.A. #92-5298 (E.D. Pa 1992) (Waldman, J.) (Attorneys fees stipulated to)

Swaayze v. PHA, et al., C.A. #93-3323 (E.D. Pa 1993)(Waldman, J.)

Talley v. PHA, et al., C.A. #92-2778 (E.D. Pa 1992) (O'Neil, J.) (Attorneys fees stipulated to)

Tann v. PHA, et al., C.A. #99-1897 (E.D. Pa. 1999) (Giles, J.)

Taylor v. Phila Housing Authority, et al., Bky #87-05600F; Adv Proc #87-0947F (Bankr. E.D. Pa 1987) (Fox, J.)

Tharrington v. Phila Housing Authority, et al., Bky #89-12416F; Adv Proc #89-0633 (Bankr. E.D. Pa 1989) (Fox, J.) (Attorneys fees awarded 1990)

Tharrington v. Phila Housing Authority, et al., C.A. #91-3962 (E.D. Pa 1991) (R. Kelly, J.) (Attorneys fees stipulated to)

Thompson v. PHA, et al., C.A. #99-4641 (E.D. Pa. 2000) (Hutton, J.) (Attorneys fees by stipulation)

Torrence v. PHA, et al., C.A. #94-2539 (E.D. Pa. 1995) (Dalzell, J.) (Attorneys fees awarded)

Tootle v. PHA, et al., C.A. #97-2050 (E.D. Pa. 1997) (Fullam, J.) (Attorneys fees by stipulation)

Treadwell v. Phila Housing Authority, et al.; Bky #89-12568F; Adv Proc #89-0786F (Bankr. E.D. PA 1989) (Fox, J.)

Vazquez v, PHA, et al., C.A. #93-0182 (E.D. Pa 1993) (Dalzell, J.) (Attorneys fees by stipulation)

Walker v. Phila Housing Authority, et al.; Bky #89-11392F; Adv Proc. #89-0513 (Bankr. E.D. Pa 1989) (Fox, J.)

Walker v. PHA, et al., C.A. #94-1200 (E.D. Pa 1994) (Brody, J.) (Attorneys fees by stipulation)

Claretta Wall v. PHA, et al., C.A. #97-7099 (E.D. Pa. 1998) (Shapiro, J.) (Attorneys fees by stipulation)

Wallace v. PHA, et al., C.A. #93-3522 (E.D. Pa 1993)(Bartle, J.)(Attorneys fees by stipulation)

Wallace v. PHA, et al., C.A. #95-4261 (E.D. Pa. 1995) (VanArtsdalen, J.)

<u>Walters. v. PHA, et al.</u>, C.A. #97-5450 (E.D. PA. 1997)
(Broderick, J.) (Attorneys fees by stipulation)
<u>Wannamaker v. Phila Housing Authority, et al.</u>, Bky #89-10330S;
Adv Proc #89-0196 (Bankr. E.D. Pa 1989) (Scholl, J.)
<u>Ward v. PHA, et al.</u>, C.A. #97-4758 (E.D. Pa. 1997) (Angell, M.J.)
(Attorneys fees by stipulation)
<u>Washington v. PHA, et al.</u>, C.A. #01-0413 (E.D. Pa. 2002)
(Buckwalter, J.) (Attorneys fees by stipulation)
<u>Watson v. Phila Housing Authority, et al.</u>, Bky #88-14332S; Adv
Proc #89-0119S (Bankr. E.D. Pa 1989) (Scholl, J.)
<u>Watson v. Phila Housing Authority, et al.</u>, C.A. #89-4939 (E.D. Pa
1989) (Giles, J.)
<u>Weatherspoon v. PHA, et al.</u>, C.A. #92-326 (E.D. Pa 1992) (R.
Kelly, J.) (Attorneys fees stipulated to)
<u>Weatherspoon vs. PHA, et al.</u>, C.A. #93-1362 (E.D. Pa 1993) (Katz,
J.) (Attorneys fees by stipulation)
<u>Wesby v. PHA, et al.</u>, C.A. #97-7403 (E.D. Pa. 1998)(Waldman, J.)
(Attorneys fees awarded)
<u>Weigant v. U.S. Dept Housing & Urban Development, et al.)</u>, C.A.
#84-0839 (E.D. Pa 1985) (O'Neill, J.) (Attorneys fees awarded)
<u>West v. Warner, et al.</u>, C.A. #88-9741 (E.D. Pa 1989)
<u>Westbrook v. Phila Housing Authority, et al.</u>, C.A. #90-0156 (E.D.
Pa 1990) (Lord, J.) (Attorneys fees awarded)
<u>Wheeler v. Phila Housing Authority, et al.</u>, Bky #88-14489F; Adv
Proc #89-0158F (Bankr. E.D. Pa 1989) (Fox, J.)
<u>Wheeler v. PHA, et al.</u>, C.A. #97-6648 (E.D. Pa. 1998) (Hutton,
J.) (Attorneys fees by stipulation)
<u>Whichard v. Phila Housing Authority, et al.</u>, Bky #89-11962F; Adv
Proc #89-0736F (Bankr. E.D. Pa 1989) (Fox, J.)
<u>Witcher v. PHA, et al.</u>, C.A. #01-585 (E.D. Pa 2002) (Surrick, J.)
(Attorneys fees awarded)
<u>Whitt, et al.</u>, <u>supra</u>, (Attorneys fees stipulated to)
<u>Whittaker v. PHA, et al.</u>, C.A. #93-6492 (E.D. Pa. 1994) (Weiner,
J.) (Attorneys fees by stipulation)
<u>Wiggins v. PHA, et al.</u>, C.A. #91-6976 (E.D. Pa 1992) (Waldman,
J.) (Attorneys fees stipulated to)
<u>Wilford v. PHA, et al.</u>, C.A. #93-5290 (E.D. Pa 1994) (Joyner, J.)
(Attorneys fees by stipulation)
<u>Williams v. PHA, et al.</u>, C.A. #92-5901 (E.D. Pa 1993)(Buckwalter,
J.)(Attorneys fees by stipulation)
<u>Williams v. PHA, et al.</u>, C.A. #95-6998 (E.D. Pa. 1996) (Dalzell,
J.) (Attorneys fees by stipulation)
<u>Williams v. PHA, et al.</u>, C.A. #95-5510 (E.D. Pa. 1996) (Waldman,
J.) (Attorneys fees awarded)
<u>Willis v. Phila Housing Authority, et al.</u>, C.A. #92-2608 (E.D.
Penna) (DuBois, J.) (Attorneys fees by stipulation)
<u>Wilson v. PHA, et al.</u>, C.A. #92-0998 (E.D. Pa 1992) (McGlynn, J.)
(Attorneys fees stipulated to)
<u>Wilson v. PHA, et al.</u>, C.A. #93-0395 (E.D. Pa 1993) (R. Kelly,
J.) (Attorneys fees by stipulation)
<u>Wilson v. PHA, et al.</u>, C.A. #95-12 (E.D. Pa. 1995) (O'Neill, J.)
(Attorneys fees by stipulation)
<u>Winsett v. Phila Housing Authority, et al.</u>; C.A. #90-0017 (E.D.
Pa 1990) (J. Kelly, J.) (Attorneys fees awarded)

<u>Witcher v. PHA, et al.</u>, C.A. #92-3745 (E.D. Pa 1992) (Yohn, J.)
(Attorneys fees by stipulation)
<u>Witcher v. PHA, et al.</u>, C.A. #01-0585 (E.D. Pa 2002) (Surrick, J.)
<u>Woods v. PHA, et al.</u>, C.A. #99-4803 (E.D. Pa. 2000) (Yohn, J.)
(Attorneys fees by stipulation)
<u>Woods v. PHA, et al.</u>, C.A. 01-2801 (E.D. Pa. 2001) (Ludwig, J.)
(Attorneys fees by stipulation)
<u>Worthy v. Phila Housing Authority, et al.</u>; Bky #90-10168F; Adv
Proc #90-0177 (Bankr. E.D. Pa 1991) (Fox, J.)