# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA ROBERTS | : | |
|     Plaintiff | : | |
|     vs. | : | C.A. #02-4037 |
| PHILADELPHIA HOUSING AUTHORITY, | : | |
|   et al. | : | |
|     Defendants | : | |

## DECLARATION OF ALAN WHITE, ESQUIRE

1. I am an attorney licensed to practice law in the Commonwealth of Pennsylvania, as well as in the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit. I am employed as a supervising attorney at Community Legal Services, Inc. ("CLS") which is located at 3638 N. Broad Street, Philadelphia, PA 19140.

2. I am the Chairperson of the Attorneys Fees Committee at CLS. The CLS Attorneys Fees Committee has the responsibility of setting hourly rates for CLS attorneys who are seeking court-awarded attorneys fees in CLS cases.

3. I began practicing law in 1983, having received a J.D. Degree that year from New York University School of Law. Since September of 1983 I have been employed as a staff attorney at CLS in the Consumer Housing Unit, where I have provided legal assistance to low-income consumers in mortgage foreclosures, bankruptcies, student loan disputes, real estate matters and consumer fraud class actions. I have served on the Education Committee of the Eastern District of Pennsylvania Bankruptcy Conference, and have been a course planner or faculty member for numerous Pennsylvania Bar Institute and Pennsylvania Legal Services continuing legal education programs on consumer and bankruptcy law.

"B"

4. The CLS Attorneys Fees Committee establishes hourly rates for lawyers and support staff and coordinates the litigation and settlement of fees cases involving CLS.

5. The governing body of CLS is its Board of Trustees, which is composed primarily of private attorneys appointed by the Chancellor of the Philadelphia Bar Association who are representative of a cross-section of the Philadelphia Bar. The CLS Board has adopted a comprehensive attorney fee schedule based upon a survey of hourly rates charged by private law firms and individual practitioners in Philadelphia. The CLS hourly rate schedule was most recently updated by the CLS Board of Trustees, effective October 1, 2001 (See revised hourly rate schedule effective October 1, 2001 attached hereto as Exhibit "B2"). The 2001 rate schedule was based on a comprehensive survey of the Philadelphia market for attorneys' fees conducted for CLS by an independent firm, Altman, Weil, Pensa in 1996. The Altman, Weil, Pensa survey included a cross-section of solo practitioners, small, medium and large law firms, with over 40 firms, representing over 700 attorneys, responding. A copy of the survey is attached hereto as Exhibit "B3". The 1996 figures have been adjusted based on additional data provided by Altman, Weil, Pensa as to the rate of increase in law firm hourly billing rates from 1998 to 2001. A copy of that additional data is attached hereto as Exhibit "B4". The Altman, Weil, Pensa survey was conducted in part to respond to perceived deficiencies in prior CLS hourly rate surveys conducted on a more informal basis by the Attorney's Fee Committee and/or the Board of Trustees.

6. The CLS hourly fee schedule is used by the CLS Attorney's Fee Committee in establishing hourly rates for CLS attorneys prior to filing fee motions in order to ensure that uniform criteria based upon prevailing market rates are applied to attorneys seeking court-awarded attorney's fees in CLS cases. The Committee also reviews court decisions as to hourly

rates in the Philadelphia area for consistency with the current Rate Schedule.

7. A previous version of the CLS hourly fee schedule has been approvingly cited as a model standard by the Third Circuit Task Force on Court Awarded Attorney's Fees, 108 F.R.D. 237, 260 at n.70 (1985).

8. The Third Circuit accepted the CLS hourly fee schedule as a "fair reflection of the prevailing market rates in Philadelphia." Maldonado v. Houstoun, 256 F.3d 181, 187, (3rd Cir. 2001), *quoting*, Rainey v. Philadelphia Housing Auth., 832 F.Supp. 127, 129 (E.D.Pa. 1993), *citing*, Swaayze v. Philadelphia Housing Auth., No. 91-2982, 1992 WL 81598 at *2 (E.D.Pa. Apr. 16, 1992).

9. Based upon my responsibilities and participation in the setting of hourly rates for CLS attorneys and after reviewing attorney fee awards entered in CLS cases, it is my experience that the U.S. District Court for the Eastern District of Pennsylvania has often cited to the CLS hourly rate schedule in deciding fee motions in CLS cases and has generally found that attorney's fees requested under the CLS Fee schedule are fair, reasonable and reflective of prevailing market rates in the Philadelphia legal community.

10. I am familiar with the tasks performed by CLS counsel in their prosecution of the motion for contempt and to enforce in the above matter and I am also familiar with the issues involved.

11. Mr. Donahue is a staff attorney at CLS with 24 years of legal experience and considerable expertise in consumer, housing and federal litigation matters. (See affidavit of Michael Donahue).

12. Based upon a review of Mr. Donahue's responsibilities and experience, the CLS Attorney's Fee Committee has determined his hourly rate to be $280.00 per hour. See Exhibit "B5".

13.  Based upon my experience, and my familiarity with the hourly rates charged in the Philadelphia legal community by civil rights practitioners, and without regard to the CLS Attorneys Fees Schedule, I consider an hourly rate of $280.00 per hour to be reasonable in light of prevailing market realities for an attorney of experience and skills similar to those of Mr. Donahue.

.    This Declaration made under the penalties of perjury.  Executed this        day of December, 2002, at Philadelphia, Pennsylvania.

_____
Alan White, Esquire

COMMUNITY
LEGAL
SERVICES, INC.

SYLVANIA HOUSE
JUNIPER AND LOCUST STREETS
PHILADELPHIA, PA. 19107
215-893-5300

## HOURLY FEE SCHEDULE FOR
## LEGAL STAFF OF COMMUNITY LEGAL SERVICES, INC.

The Board of Trustees of Community Legal Services, Inc. (CLS) has adopted an hourly fee schedule for staff attorneys and para- legals to ensure consistency and reasonableness in the preparation of petitions for attorneys' fees.  This schedule was formulated largely in response to Rodriguez v. Taylor, 569 F.2d 1231 (1977), cert. denied, 98 S. Ct. 2254 (1978), which held that the amount of attorneys' fees appropriately awarded to a legal services program, which does not charge its clients, is the objective market value of the services provided by its lawyers and paralegals.

To determine this market value, a committee of CLS staff con- ducted a survey of the hourly rates in Philadelphia charged by sole practitioners and firms of varying size.  Twenty-four (24) individual practitioners and firms were contacted.  The data collect- ed showed that the range of rates varied from $45.00 to $150.00 per hour.  Some attorneys, who have highly specialized skills in, for example, securities and anti-trust litigation, charged as much as $250.00.  Typically, new associates are billed at approximately $45.00- $55.00 per hour for the first year or two of their practice.  The billing rate for attorneys with three to five years of experience is in the $60.00 to $90.00 range.  Beyond that, hourly rates of compensa- tion often depend upon whether an individual has become a partner or particularly skilled in a specialized area of the law.  Thus, some

"B1"

COMMUNITY LEGAL SERVICES. INC.

HOURLY FEE SCHEDULE
Page -2-

specialists with five to ten years of experience bill in the $80.00 – $125.00 range. Generally though, billing rates tend to rise incrementally after the fifth year at about $10.00 – $20.00 per year of experience, or seniority with the firm, or status (e.g., partner vs. associate).

The following are typical of the billing rates of major firms in Philadelphia:

| | |
|---|---|
| $45.00 – $75.00 | -- associates |
| $60.00 – $85.00 | -- young partners |
| $85.00 – $100.00 | -- middle range partners |
| $75.00 – $150.00 | -- senior partners |

The only noticeable difference between CLS and private attorneys is that CLS lawyers assume greater litigation responsibilities at an early stage in their careers. Often they represent clients at administrative hearings or act as lead counsel in court long before their counterparts in private practice acquire similar experience.

Based on the information collected in the survey, which Rodriguez identified as the appropriate referent for salaried staff of a publicly-funded legal services organization, a schedule of hourly rates was recommended to the Board of Trustees by Laurence Lavin, Director of CLS. These ranges were designed to allow for varying levels of experience and expertise in litigation among attorneys and paralegals in the same job classification.

The Board of Trustees also approved Laurence Lavin's recommendation that a committee of staff be established to review fee petitions

COMMUNITY LEGAL SERVICES, INC

HOURLY FEE SCHEDULE
Page -3-

prior to filing to ensure that uniform criteria are used to determine the specific hourly rate for a particular staff member and the appropriateness of an adjustment of that rate to reflect other relevant factors such as the quality of the work performed and the novelty of the issues involved.

In September, 1978, the CLS Board of Trustees, which is representative of a cross-section of the Philadelphia Bar Association, adopted the following schedule of hourly rates:

| JOB CLASSIFICATION* | HOURLY RATES |
|---|---|
| ATTORNEY I | $40.00 — $50.00 |
| ATTORNEY II | $50.00 — $65.00 |
| ATTORNEY III | $60.00 — $75.00 |
| ATTORNEY IV | $70.00 — $90.00 |
| SENIOR ATTORNEYS<br>MANAGING ATTORNEYS<br>PROJECT HEADS<br>CHIEF OF LAW REFORM | $75.00 — $125.00 |
| PARALEGALS | $20.00 — $35.00 |

October 25, 1978

*The majority of CLS attorneys are classified as Attorney I, II, III or IV.  An Attorney I generally has between 0-1 year of lawyering experience; Attorneys II and III typically have practiced 1-2 and 2-3 years respectively.  An Attorney IV usually has at least three years, and frequently has more than five years experience.  Senior Attorneys, Managing Attorneys, Project Heads, and Chief of Law Reform are all experienced lawyers with expertise in at least one area of the law.  The serve in supervisory capacities and also handle cases of their own.

## COMMUNITY LEGAL SERVICES, INC.
## ATTORNEYS FEES - SCHEDULE OF HOURLY RATES
### Effective October 1, 2001

| CATEGORY | RANGE OF HOURLY RATES |
|---|---|
| Attorneys with post-law school experience under 2 years | $140 — $150 |
| Attorneys with 2-5 years' experience | $160 — $180 |
| Attorneys with 6-10 years' experience | $190 — $240 |
| Attorneys with 11-15 years' experience | $220 — $260 |
| Attorneys with 16-20 years' experience | $250 — $270 |
| Attorneys with 21-25 years' experience | $270 — $300 |
| Attorneys with more than 25 years' experience | $300 - $350 |
| Law Students | $70-$120 |
| Paralegals I and II | $70 - $90 |
| Senior and Supervisory Paralegals | $90-$120 |

*These rates do not reflect any adjustment for contingency, and are based on Philadelphia law firm market survey data.

"B2"



November 6, 1996

FIELD{Name}
FIELD{Firm}
FIELD{Address1}
FIELD{Address2}
FIELD{City}

Dear FIELD{Dear}:

On behalf of Community Legal Services, Inc. (CLS), the Committee on CLS Attorneys' Fees and Altman Weil Pensa, Inc., we would like to extend our appreciation to your law firm for participating in development of Philadelphia benchmark data for lawyers and paralegals in litigation practice areas for CLS.

Attached to this letter is a copy of the report that went to CLS, absent the attachments (solicitation letter, instructions and questionnaire).

Again, we thank you for your assistance.

Sincerely,


James D. Cotterman

JDC/emm

Enclosure

cc:     Committee of CLS Attorneys' Fees
              Harold I. Goodman
              Robert C. Heim
              Lorrie McKinley
              David Richman
              Suzanne E. Turner
              Stanley R. Wolfe
              Joanne Zack

San Francisco CA ▲ Westport CT ▲ Newtown Square PA ▲ Bellevue WA ▲ Racine WI ▲ Melbourne, Australia

"R2"

# PHILADELPHIA LAW FIRM LITIGATION BILLING RATE SURVEY REPORT

Altman Weil Pensa, Inc., Community Legal Services, Inc., and the Committee on CLS Attorneys' Fees jointly participated in the development of the questionnaire and the solicitation of participants. Altman Weil Pensa conducted the study and prepared the findings.

The survey sought to determine the average and median billing rates by years of experience of litigation lawyers and paralegals in Philadelphia. A copy of the solicitation letter, instructions and questionnaire are appended to the report.

Questionnaires were sent to law firms with litigation practices, excluding personal injury and traditional insurance defense. The number of law firms in Philadelphia meeting those requirements are:

| Size of firm | Number | Respondents |
|---|---|---|
| Solos | 71 | 6 |
| 2-9 lawyers | 156 | 17 |
| 10-49 lawyers | 76 | 10 |
| 50-99 lawyers | 13 | 1 |
| 100 or more lawyers | 16 | 6 |
| Total | 332 | 40 |

The results of the survey are shown for lawyers by years of experience as measured from the earliest date of admission to practice. The Average billing rate is simply the arithmetic mean or the sum or total value of all observations divided by the number of observations. The Median billing rate is the middle or central number in a series of numbers arranged in order of value. There are equal numbers of smaller and larger observations.

## Participants in Litigation Practice Areas

| Number of Respondents | |
|---|---|
| 40 | Total number of firms responding |
| 375 | Partners/Shareholders |
| 344 | Associates |
| 16 | Counsel/Of Counsel |
| 122 | Paralegals |

1996 Philadelphia Law Firm Litigation
Rate Survey For Community Legal Services, Inc.

Page 1

Prepared by
Altman Weil Pensa, Inc.

## Billing Rates

**Does your firm distinguish between litigation specialties in establishing hourly rates for individuals in a litigation practice?**

### Lawyers

| Percentage | No. of Respondents | |
|---|---|---|
| 15.0 | 6 | Yes |
| 77.5 | 31 | No |
| 7.5 | 3 | No response |

### Paralegals

| Percentage | No. of Respondents | |
|---|---|---|
| 2.5 | 1 | Yes |
| 75.0 | 30 | No |
| 22.5 | 9 | No response |

## Hourly Rate Information

### Paralegal Hourly Rates

| Status | Hourly Rate | | |
|---|---|---|---|
| | No. of Positions | Average | Median |
| Paralegal | 122 | $69 | $65 |

## All Lawyers by Experience

| Hourly Rate | | | |
|---|---|---|---|
| Years of Experience | No. of Positions | Average | Median |
| Under 2 Years | 74 | $113 | $115 |
| 2 or 3 Years | 94 | 137 | 140 |
| 4 or 5 Years | 62 | 151 | 155 |
| 6 or 7 Years | 56 | 169 | 180 |
| 8 to 10 Years | 91 | 185 | 200 |
| 11 to 15 Years | 116 | 206 | 205 |
| 16 to 20 Years | 89 | 235 | 245 |
| 21 or More Years | 144 | 265 | 275 |

## PARTICIPANTS WHO AGREED TO HAVE FIRM NAME
## INCLUDED IN LIST OF PARTICIPANTS FOR CLS SURVEY

Armando A. Pandola, P.C.
Anderson Greenfield & Dougherty Ltd.
Connolly Epstein Chicco Foxman Engelmyer & Ewing, P.C.
Cozen and O'Connor
Dechert Price & Rhoads
Dilworth, Paxson, Kalish & Kauffman, LLP
Durant & Durant
Freedman & Associates
Hecker Brown Sherry and Johnson
Jablon, Epstein, Wolf & Drucker, P.C.
Jacoby Donner, P.C.
Kohn, Swift & Graf, P.C.
Elinore O'Neill Kolodner
Gilda L. Kramer
Law Offices of Benjamin G. Lipman
Lovitz and Gold, P.C.
Michael E. Markovitz
Miller Dunham & Doering, P.C.
Morgan, Lewis & Bockius LLP
Neil A. Morris Associates, P.C.
Palmer Biezup & Henderson
Pepper, Hamilton & Scheetz
Samuel and Ballard, P.C.
Saul, Ewing, Remick & Saul
Schnader Harrison Segal & Lewis
Spear, Wilderman, Borish, Endy, Spear and Runckel
Spector Gadon & Rosen, P.C.
David V. Stivison
Sugarman & Associates
Synnestvedt & Lechner
Teeters & Harvey
Turner & McDonald, P.C.
Weir & Partners
Zaslow & Associates, P.C.

FIELDNAMES(Name;Firm;Address1;Address2;City;Dear)ENDRECORD

Armando A. Pandola, Jr., EsquireENDFIELD
Armando A. Pandola, P.C.ENDFIELD
The Carlton Business CenterENDFIELD
1819 J.F.K. Boulevard, Suite 400ENDFIELD
Philadelphia, PA  19103ENDFIELD
Mr. PandolaENDFIELD
ENDRECORD

Marjorie E. Greenfield, Attorney at LawENDFIELD
Anderson Greenfield & Dougherty Ltd.ENDFIELD
1100 Penn Mutual TowerENDFIELD
510 Walnut StreetENDFIELD
Philadelphia, PA  19106-3610ENDFIELD
Ms. GreenfieldENDFIELD
ENDRECORD

Barbara W. Freedman, Attorney at LawENDFIELD
Freedman & AssociatesENDFIELD
One South Penn Square, 17th FloorENDFIELD
ENDFIELD
Philadelphia, PA  19107ENDFIELD
Ms. FreedmanENDFIELD
ENDRECORD

Richard M. Gillis, Jr., EsquireENDFIELD
Law Office of Richard M. Gillis, Jr.ENDFIELD
Suite 1420 Robinson BuildingENDFIELD
Forty-Two South Fifteenth StreetENDFIELD
Philadelphia, PA  19102-2293ENDFIELD
Mr. GillisENDFIELD
ENDRECORD

David V. Stivison, EsquireENDFIELD
Law Office of David V. StivisonENDFIELD
870 North 30th StreetENDFIELD
ENDFIELD
Philadelphia, PA  19130-1104ENDFIELD
Mr. StivisonENDFIELD
ENDRECORD

Alan B. Epstein, EsquireENDFIELD
Jablon, Epstein, Wolf & DruckerENDFIELD
The Bellevue, Ninth FloorENDFIELD
Broad Street at WalnutENDFIELD
Philadelphia, PA  19102ENDFIELD
Mr. EpsteinENDFIELD
ENDRECORD

Joanne Zack, Attorney at LawENDFIELD
Kohn, Swift & Graf, P.C.ENDFIELD
Suite 2400, 1101 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA  19107ENDFIELD
JoanneENDFIELD
ENDRECORD

Richard P. Shappell, ControllerENDFIELD
Dilworth, Paxson, Kalish & Kauffman, LLPENDFIELD
3200 Mellon Bank CenterENDFIELD
1735 Market StreetENDFIELD
Philadelphia, PA 19103ENDFIELD
Mr. ShappellENDFIELD
ENDRECORD

Carla M. Chiaro, Recruitment CoordinatorENDFIELD
Cozen and O'Connor, P.C.ENDFIELD
1900 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA  19103ENDFIELD
Ms. ChiaroENDFIELD
ENDRECORD

Michael E. Markovitz, EsquireENDFIELD
Law Office of Michael E. MarkovitzENDFIELD
Suite 750 Curtis CenterENDFIELD
Sixth and Walnut StreetsENDFIELD
Philadelphia, PA 19106ENDFIELD
Mr. MarkovitzENDFIELD
ENDRECORD

Alan A. Turner, EsquireENDFIELD
Turner & McDonald, P.C.ENDFIELD
1725 Spruce StreetENDFIELD
ENDFIELD
Philadelphia, PA  19103ENDFIELD
Mr. TurnerENDFIELD
ENDRECORD

Janice A. Bryson, AdministratorENDFIELD
Synnestvedt & LechnerENDFIELD
2600 Aramark TowerENDFIELD
1101 Market StreetENDFIELD
Philadelphia, PA 19107-2950ENDFIELD
Ms. BrysonENDFIELD
ENDRECORD

Allen D. Black, EsquireENDFIELD
Fine, Kaplan and BlackENDFIELD
23rd Floor, 1845 Walnut StreetENDFIELD
ENDFIELD
Philadelphia, PA  19103ENDFIELD
Mr. BlackENDFIELD
ENDRECORD

William H. Black, Jr., EsquireENDFIELD
Hecker Brown Sherry and JohnsonENDFIELD
1700 Two Logan SquareENDFIELD
18th and Arch StreetsENDFIELD
Philadelphia, PA  19103ENDFIELD
Mr. BlackENDFIELD
ENDRECORD

Tracy McFadden, BookkeeperENDFIELD
Weir & PartnersENDFIELD
Suite 1200, Land Title BuildingENDFIELD
100 South Broad StreetENDFIELD
Philadelphia, PA  19110ENDFIELD
Ms. McFaddenENDFIELD
ENDRECORD

Gilda L. Kramer, Attorney at LawENDFIELD
Law Office of Gilda L. KramerENDFIELD
Suite 1100, 1500 Walnut StreetENDFIELD
ENDFIELD
Philadelphia, PA  19102ENDFIELD
Ms. KramerENDFIELD
ENDRECORD

Ronald J. Harper, EsquireENDFIELD
Harper & PaulENDFIELD
140 West Maplewood AvenueENDFIELD
ENDFIELD
Philadelphia, PA  19144ENDFIELD
Mr. HarperENDFIELD
ENDRECORD

Sidney L. Gold, EsquireENDFIELD
Lovitz and Gold, P.C.ENDFIELD
Eleven Penn CenterENDFIELD
1835 Market Street, Suite 515ENDFIELD
Philadelphia, PA  19103ENDFIELD
Mr. GoldENDFIELD
ENDRECORD

Robert J. Sugarman, EsquireENDFIELD
Sugarman & AssociatesENDFIELD
7th Floor, Robert Morris BuildingENDFIELD
100 North 17th StreetENDFIELD
Philadelphia, PA  19103ENDFIELD
Mr. SugarmanENDFIELD
ENDRECORD

Benjamin G. Lipman, EsquireENDFIELD
Law Office of Benjamin G. LipmanENDFIELD
15th Floor, 1525 Locust StreetENDFIELD
ENDFIELD
Philadelphia, PA  19102ENDFIELD
Mr. LipmanENDFIELD
ENDRECORD

Jerry Zaslow, EsquireENDFIELD
Zaslow & Associates, P.C.ENDFIELD
1700 Sansom Street, 11th FloorENDFIELD
ENDFIELD
Philadelphia, PA  19103-5219ENDFIELD
Mr. ZaslowENDFIELD
ENDRECORD

Henry J. Donner, EsquireENDFIELD
Jacoby Donner, P.C.ENDFIELD
Suite 2000, 1515 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA  19102ENDFIELD
Mr. DonnerENDFIELD
ENDRECORD

Alice W. Ballard, Attorney at LawENDFIELD
Samuel and Ballard, P.C.ENDFIELD
225 South 15th Street, Suite 1700ENDFIELD
ENDFIELD
Philadelphia, PA  19102ENDFIELD
Ms. BallardENDFIELD
ENDRECORD

Elinore O'Neill Kolodner, Attorney at LawENDFIELD
Law Office of Elinore O'Neill KolodnerENDFIELD
Suite 1519 Land Title BuildingENDFIELD
100 South Broad StreetENDFIELD
Philadelphia, PA  19110ENDFIELD
Ms. KolodnerENDFIELD
ENDRECORD

Edward M. Dunham, Jr., EsquireENDFIELD
Miller Dunham & Doering, P.C.ENDFIELD
1515 Market Street, Suite 1300ENDFIELD
ENDFIELD
Philadelphia, PA  19102-1913ENDFIELD
Mr. DunhamENDFIELD
ENDRECORD

Beth Mazur, Office AdministratorENDFIELD
Deasey, Mahoney & Bender, Ltd.ENDFIELD
Three Benjamin Franklin Parkway, Suite 1400ENDFIELD
ENDFIELD
Philadelphia, PA  19102-1374ENDFIELD
Ms. MazurENDFIELD
ENDRECORD

Betty Spolan, AdministratorENDFIELD
Spector Gadon & Rosen, P.C.ENDFIELD
29th Floor, 1700 Market StreetENDFIFLD
ENDFIELD
Philadelphia, PA  19103-3913ENDFIELD
Ms. SpolanENDFIELD
ENDRECORD

William M. Kennedy, AdministratorENDFIELD
Palmer Biezup & HendersonENDFIELD
Suite 956 Public Ledger BuildingENDFIELD
620 Chestnut Street - Independence Mall WestENDFIELD
Philadelphia, PA  19106-3409ENDFIELD
Mr. KennedyENDFIELD
ENDRECORD

Frank Hilt, Paralegal/Legal AssistantENDFIELD
Durant & DurantENDFIELD
12th Floor, 400 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA  19106ENDFIELD
Mr. HiltENDFIELD
ENDRECORD

Ralph N. Teeters, EsquireENDFIELD
Teeters & HarveyENDFIELD
Eleven Penn CenterENDFIELD
1835 Market StreetENDFIELD
Philadelphia, PA  19103ENDFIELD
Mr. TeetersENDFIELD
ENDRECORD

Ellen Freedman, Director of AdministrationENDFIELD
Connolly Epstein Chicco Foxman Engelmeyer & Ewing, P.C.ENDFIELD
Ninth Floor, 1515 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA 19102-1909ENDFIELD
Ms. FreedmanENDFIELD
ENDRECORD


Bruce E. Endy, EsquireENDFIELD
Spear, Wilderman, Borish, Endy, Spear and RunckelENDFIELD
230 South Broad Street, Suite 1400ENDFIELD
ENDFIELD
Philadelphia, PA 19102ENDFIELD
Mr. EndyENDFIELD
ENDRECORD


David I. Grunfeld, EsquireENDFIELD
Law Office of David I. GrunfeldENDFIELD
Second Floor, 1201 Chestnut StreetENDFIELD
ENDFIELD
Philadelphia, PA 19107-4827ENDFIELD
Mr. GrunfeldENDFIELD
ENDRECORD


David Unkovic, EsquireENDFIELD
Saul, Ewing, Remick & SaulENDFIELD
3800 Centre Square WestENDFIELD
ENDFIELD
Philadelphia, PA 19102ENDFIELD
Mr. UnkovicENDFIELD
ENDRECORD


Robert C. Heim, EsquireENDFIELD
Dechert Price & RhoadsENDFIELD
4000 Bell Atlantic TowerENDFIELD
1717 Arch StreetENDFIELD
Philadelphia, PA 19103-2793ENDFIELD
RobertENDFIELD
ENDRECORD


Neil A. Morris, EsquireENDFIELD
Neil A. Morris Associates, P.C.ENDFIELD
The Widener Building, Suite 1700ENDFIELD
1339 Chestnut StreetENDFIELD
Philadelphia, PA 19106ENDFIELD
Mr. MorrisENDFIELD
ENDRECORD

John Pooler, Chief Administrative OfficerENDFIELD
Pepper, Hamilton & ScheetzENDFIELD
3000 Two Logan SquareENDFIELD
Eighteenth and Arch StreetsENDFIELD
Philadelphia, PA 19103-2799ENDFIELD
Mr. PoolerENDFIELD
ENDRECORD

Hope A. Comisky, Attorney at LawENDFIELD
Anderson Kill & Olick, P.C.ENDFIELD
1600 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA 19103ENDFIELD
Ms. ComiskyENDFIELD
ENDRECORD

William L. Leonard, EsquireENDFIELD
Schnader Harrison Segal & LewisENDFIELD
Suite 3600, 1600 Market StreetENDFIELD
ENDFIELD
Philadelphia, PA 19103-4252ENDFIFLD
Mr. LeonardENDFIELD
ENDRECORD

Joseph A. Torregrossa, EsquireENDFIELD
Morgan, Lewis & Bockius LLPENDFIELD
2000 One Logan SquareENDFILD
ENDFIELD
Philadelphia, PA 19103-6993ENDFIED
Mr. TorregrossaENDFIELD
ENDRECORD

# THE 2001 SURVEY OF LAW FIRM ECONOMICS

## METROPOLITAN AREA REPORT

for

## PHILADELPHIA

Conducted by
**ALTMAN WEIL, INC.**
**CONSULTANTS TO THE LEGAL PROFESSION**

Published by
**ALTMAN WEIL • PUBLICATIONS, INC.**
Two Campus Boulevard, Suite 200
Newtown Square, PA 19073
(610) 886-2000

Visit our website: http://www.altmanweil.com
Shop our new on-line store: https://store.altmanweil.com

Suite 200
Two Campus Boulevard
Newtown Square, PA 19073
610-886-2000

Suite 535
2121 N. California Boulevard
Walnut Creek, CA 94596
925-287-8211

Suite 202
8555 W. Forest Home Avenue
Milwaukee, WI 53228
414-427-5400

288 Bishopsgate
Longon, England EC2MQP
44 207- 959- 3612

Authorization to photocopy information contained in this survey for the internal use of the purchaser, or the internal or personal use of specific individuals in the purchaser's organization, or for use in court proceedings and arbitrations, is granted by Altman Weil Publications, Inc., provided that the source and Altman Weil Publications, Inc. copyright is noted on the reproduction. Copying for purposes other than internal or personal reference or court/arbitration proceedings requires the express permission of Altman Weil Publications, Inc. For permission, contact Dan DiLucchio at Altman Weil Publications, Inc., Two Campus Boulevard, Suite 200, Newtown Square, PA 19073.

COPYRIGHT© 2001, ALTMAN WEIL• PUBLICATIONS, INC., NEWTOWN SQUARE, PA 19073

Altman Weil Publications, Inc.

## METROPOLITAN AREA
### STANDARD HOURLY BILLING RATES–As of January 1, 2001
### BY YEAR ADMITTED TO BAR

Philadelphia, PA-NJ Metropolitan Area Analysis

| Year Admitted | Number of Offices | Number of Lawyers | RATE Average $ | RATE Lower Quartile $ | RATE Median $ | RATE Upper Quartile $ | RATE Ninth Decile $ |
|---|---|---|---|---|---|---|---|
| Before 1950 | 2 | 2 | -- | -- | -- | -- | -- |
| 1950 - 1954 | 3 | 3 | -- | -- | -- | -- | -- |
| 1955 - 1959 | 2 | 3 | -- | -- | -- | -- | -- |
| 1960 - 1964 | 5 | 5 | -- | -- | -- | -- | -- |
| 1965 - 1969 | 10 | 23 | 299 | 260 | 330 | 350 | 383 |
| 1970 - 1974 | 12 | 31 | 285 | 250 | 275 | 335 | 360 |
| 1975 - 1979 | 15 | 37 | 273 | 240 | 290 | 320 | 338 |
| 1980 - 1984 | 21 | 58 | 248 | 198 | 265 | 310 | 330 |
| 1985 - 1989 | 22 | 83 | 223 | 170 | 225 | 265 | 316 |
| 1990 | 9 | 13 | 248 | -- | 245 | -- | -- |
| 1991 | 13 | 28 | 201 | 128 | 205 | 258 | 285 |
| 1992 | 8 | 19 | 218 | 195 | 250 | 265 | 270 |
| 1993 | 14 | 21 | 193 | 170 | 180 | 228 | 251 |
| 1994 | 13 | 18 | 192 | 164 | 180 | 215 | 260 |
| 1995 | 12 | 22 | 169 | 139 | 170 | 200 | 210 |
| 1996 | 13 | 26 | 169 | 150 | 173 | 186 | 225 |
| 1997 | 16 | 36 | 154 | 128 | 150 | 184 | 215 |
| 1998 | 15 | 37 | 158 | 135 | 160 | 178 | 205 |
| 1999 | 14 | 30 | 153 | 125 | 148 | 190 | 190 |
| 2000 | 12 | 28 | 142 | 129 | 140 | 173 | 175 |

2001 Survey of Law Firm Economics

# ALTMAN WEIL, INC.

P.O. Box 625
Two Campus Boulevard
Newtown Square, PA 19073
(610) 359-9900
FAX (610) 359-0467

May 13, 1999

Alan White
Community Legal Services, Inc.
Law Center North Central
3638 North Broad Street
Philadelphia, PA 19140

**Re: *Jones v. PHA***

***Altman Weil hourly rate survey***

Dear Mr. White:

I am enclosing custom analysis from Altman Weil's "1998 Survey of Law Firm Economics" in order to support your original request for fees based on the "1996 Philadelphia Law Firm Litigation Billing Rate Survey", also conducted by Altman Weil.

Three different sets of analysis are enclosed.

        1.) Billing Rates for the City of Philadelphia;
        2.) Billing Rates for the State of Pennsylvania, excluding metropolitan areas of Pittsburgh and Philadelphia; and
        3.) Billing Rates for the States of Pennsylvania, New Jersey and Maryland.

I look forward to our conference call.

Sincerely yours,

June A. Ragone

"24"

Special Analysis for Philadelphia

## STANDARD HOURLY BILLING RATES
### BY YEAR ADMITTED

### As of January 1, 1998 - City of Philadelphia

| Year Admitted | Number of Offices | Number of Lawyers | RATE | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| 1952 - 1956 | 3 | 3 | -- | -- | -- | -- | -- |
| 1957 - 1961 | 2 | 3 | -- | -- | -- | -- | -- |
| 1962 - 1966 | 5 | 15 | 344 | -- | 345 | -- | -- |
| 1967 - 1971 | 6 | 22 | 327 | 250 | 338 | 385 | 425 |
| 1972 - 1976 | 6 | 25 | 280 | 190 | 320 | 345 | 385 |
| 1977 - 1981 | 8 | 38 | 272 | 235 | 300 | 326 | 347 |
| 1982 - 1986 | 6 | 47 | 238 | 190 | 235 | 300 | 325 |
| 1987 | 5 | 11 | 200 | -- | 200 | -- | -- |
| 1988 | 5 | 14 | 179 | -- | 183 | -- | -- |
| 1989 | 5 | 12 | 224 | - | 225 | - | - |
| 1990 | 5 | 18 | 199 | 186 | 198 | 210 | 278 |
| 1991 | 4 | 13 | -- | -- | -- | -- | -- |
| 1992 | 5 | 19 | 145 | 115 | 153 | 170 | 175 |
| 1993 | 6 | 21 | 137 | 115 | 145 | 165 | 165 |
| 1994 | 5 | 21 | 138 | 118 | 140 | 155 | 165 |
| 1995 | 6 | 23 | 136 | 125 | 145 | 145 | 155 |
| 1996 | 5 | 17 | 137 | 115 | 145 | 145 | 155 |
| 1997 | 4 | 15 | -- | -- | -- | -- | -- |
| 1998 | 1 | 6 | -- | - | -- | -- | -- |

## STANDARD HOURLY BILLING RATES
### BY YEAR ADMITTED

**As of January 1, 1998 - State of PA (Excludes Philadelphia and Pittsburgh)**

| Year Admitted | Number of Offices | Number of Lawyers | Average $ | RATE | | | |
|---|---|---|---|---|---|---|---|
| | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| 1947 - 1951 | 1 | 1 | - | - | - | - | - |
| 1952 - 1956 | 5 | 6 | - | - | - | - | - |
| 1957 - 1961 | 7 | 13 | 224 | - | 240 | - | - |
| 1962 - 1966 | 11 | 27 | 218 | 150 | 240 | 265 | 310 |
| 1967 - 1971 | 9 | 31 | 218 | 90 | 225 | 250 | 295 |
| 1972 - 1976 | 14 | 68 | 210 | 180 | 225 | 240 | 280 |
| 1977 - 1981 | 15 | 67 | 201 | 150 | 225 | 240 | 260 |
| 1982 - 1986 | 14 | 91 | 183 | 160 | 190 | 210 | 225 |
| 1987 | 5 | 11 | 198 | - | 210 | - | - |
| 1988 | 7 | 14 | 158 | - | 168 | - | - |
| 1989 | 8 | 24 | 163 | 140 | 173 | 180 | 188 |
| 1990 | 5 | 17 | 146 | - | - | - | - |
| 1991 | 10 | 21 | 132 | 103 | 135 | 160 | 170 |
| 1992 | 10 | 22 | 131 | 111 | 130 | 153 | 177 |
| 1993 | 7 | 16 | 122 | - | 128 | - | - |
| 1994 | 11 | 21 | 118 | 105 | 110 | 133 | 148 |
| 1995 | 5 | 21 | 117 | 105 | 110 | 128 | 144 |
| 1996 | 10 | 22 | 106 | 95 | 105 | 120 | 132 |
| 1997 | 6 | 13 | 97 | - | 100 | - | - |
| 1998 | 1 | 1 | - | - | - | - | - |

Special Analysis States of PA, NJ, MD

## STANDARD HOURLY BILLING RATES
### BY YEAR ADMITTED
As of January 1, 1998 - States of PA, NJ, MD

| Year Admitted | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| 1947 - 1951 | 3 | 3 | -- | -- | -- | -- | -- |
| 1952 - 1956 | 13 | 17 | 243 | 178 | 267 | 278 | 353 |
| 1957 - 1961 | 16 | 28 | 258 | 216 | 255 | 300 | 381 |
| 1962 - 1966 | 24 | 60 | 256 | 200 | 260 | 310 | 383 |
| 1967 - 1971 | 26 | 80 | 262 | 221 | 250 | 320 | 380 |
| 1972 - 1976 | 32 | 161 | 232 | 190 | 235 | 263 | 312 |
| 1977 - 1981 | 34 | 173 | 225 | 195 | 230 | 250 | 300 |
| 1982 - 1986 | 32 | 231 | 204 | 180 | 200 | 225 | 264 |
| 1987 | 20 | 49 | 188 | 160 | 185 | 210 | 260 |
| 1988 | 21 | 53 | 168 | 140 | 165 | 193 | 235 |
| 1989 | 20 | 53 | 183 | 158 | 180 | 200 | 250 |
| 1990 | 18 | 54 | 168 | 142 | 165 | 191 | 210 |
| 1991 | 28 | 66 | 152 | 125 | 160 | 175 | 190 |
| 1992 | 24 | 62 | 142 | 125 | 140 | 165 | 175 |
| 1993 | 22 | 71 | 135 | 120 | 135 | 150 | 165 |
| 1994 | 25 | 71 | 128 | 110 | 120 | 145 | 155 |
| 1995 | 22 | 79 | 127 | 110 | 125 | 145 | 150 |
| 1996 | 25 | 73 | 120 | 103 | 115 | 130 | 148 |
| 1997 | 15 | 56 | 108 | 100 | 105 | 120 | 126 |
| 1998 | 2 | 7 | -- | -- | -- | -- | -- |

Special Analysis States of PA, NJ, MD

## STANDARD HOURLY BILLING RATES

### As of January 1, 1998 - States of PA, NJ, MD

| Status | Number of Positions | Average $ | RATE | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Partners/Shareholders | 778 | 231 | 190 | 230 | 260 | 320 |
| Associates | 739 | 143 | 115 | 140 | 165 | 190 |
| All Paralegals | 434 | 78 | 65 | 75 | 85 | 100 |

Number of Offices: Partners/Shareholders 41, Associates 40, All Paralegals 34

## STANDARD HOURLY BILLING RATES
## FOR ALL LITIGATION SPECIALTIES* BY STATUS

### As of January 1, 1998 - States of PA, NJ, MD

| Specialty | | Number of Offices | Number of Lawyers | Average $ | RATE | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Status | Partners/Shareholders | 31 | 305 | 224 | 185 | 225 | 260 | 300 |
| | Associates | 31 | 357 | 138 | 110 | 135 | 160 | 181 |

*The three digit number refers to the coding format used in the questionnaire.

1

## STANDARD HOURLY BILLING RATES

### As of January 1, 1998 - State of PA (Excludes Philadelphia and Pittsburgh)

| Status | Number of Offices | Number of Positions | Average $ | RATE | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Partners/Shareholders | 19 | 291 | 200 | 160 | 200 | 240 | 260 |
| Associates | 18 | 213 | 141 | 105 | 130 | 175 | 210 |
| All Paralegals | 16 | 127 | 72 | 60 | 65 | 80 | 95 |

## STANDARD HOURLY BILLING RATES FOR ALL LITIGATION SPECIALTIES** BY STATUS

### As of January 1, 1998 - State of PA (Excludes Philadelphia and Pittsburgh)

| Specialty / Status | Number of Offices | Number of Lawyers | Average $ | RATE | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Partners/Shareholders | 13 | 94 | 196 | 150 | 195 | 240 | 275 |
| Associates | 14 | 82 | 129 | 100 | 115 | 146 | 180 |

** The three digit number refers to the coding format used in the questionnaire.

## STANDARD HOURLY BILLING RATES

### As of January 1, 1998 - City of Philadelphia

| Status | Number of Offices | Number of Positions | RATE | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Partners/Shareholders | 7 | 163 | 282 | 235 | 300 | 330 | 385 |
| Associates | 7 | 181 | 146 | 115 | 145 | 168 | 200 |
| All Paralegals | 6 | 104 | 90 | 76 | 80 | 100 | 125 |

## STANDARD HOURLY BILLING RATES
## FOR ALL LITIGATION SPECIALTIES** BY STATUS

### As of January 1, 1998 - City of Philadelphia

| Specialty | | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Status | Partners/Shareholders | 6 | 71 | 245 | 150 | 250 | 320 | 345 |
| | Associates | 6 | 83 | 133 | 110 | 130 | 155 | 178 |

**The three digit number refers to the coding format used in the questionnaire.

September 27, 2001

TO: Michael Donahue
FROM: Alan White, chair, Attorneys' Fees Committee
RE: Hourly Rate

    The Attorney's Fees Committee of CLS has established your hourly rate, based upon the current schedule of hourly rates approved by the Board of Trustees, at $280 per hour.

"B5"

ATTORNEY TIME AND ACTIVITY SCHEDULE FOR MICHAEL DONAHUE FOR DONNA ROBERTS v. PHA, C.A. #02-4037

| DATE | ACTIVITY | TIME |
|---|---|---|
| 09/16/02 | Letter to RKC demanding 02-4037 compliance within 30 days | 0.1 |
| 10/18/02 | Drafted motion to enforce, memo of law, certification of service, interrogatories, request for production of documents and service letter to RKC | 1.3 |
| 10/19/02 | Prep motion for filing; scanned onto disk; l Memo and letter to clerk to return disk | 0.5 |
| 11/11/02 | Reviewed PHA's answer to motion to enforce | 0.3 |
| 11/14/02 | Drafted afees stipulation and letter to RKC with stip and order for fees | 0.2 |
| 11/22/02 | Letter to RKC demanding Afees within 30 days | 0.1 |
| 12/01/02 | Drafted motoion to determine the amount of attorneys fees, supporting memorandum of law, supporting affidavit, affidavit for Alan White, attorney time and activity schedule and service letter to RKC | 1.3 |
|  | TOTAL: | 3.8 |

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DONNA ROBERTS** | : |
|     **Plaintiff** | : |
|     **vs.** | : **C.A. #02-4037** |
| **PHILADELPHIA HOUSING AUTHORITY,** | : |
|     **et al.** | : |
|     **Defendants** | : |

### CERTIFICATION OF SERVICE

Michael Donahue, Esquire, counsel for the plaintiff in the above matter, hereby certifies that

he served a copy of the foregoing plaintiff's motion for attorneys fees in the above matter, by

letter dated December 9 , 2002, mailed by first class mail, postage prepaid, to the following

address:

Roger K. Ciafre, Esquire
Philadelphia Housing Authority
2012 Chestnut Street
Philadelphia, PA 19103
Counsel for PHA Defendants

Michael Donahue, Esquire
Community Legal Services, Inc.
1424 Chestnut Street
Philadelphia., PA 19102
215-981-3700
Counsel for Plaintiff