IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONNA ROBERTS                         :         CIVIL ACTION
                              :
                                         :
    v.                                    :
                                         :         NO. 02-4037
PHILADELPHIA HOUSING AUTHORITY,
et al.

## O R D E R

AND NOW, this      day of February, 2003, plaintiff Donna Robert's motions for attorney's fees filed December 9, 2003 and for contempt filed December 31, 2003 are dismissed as moot.

                                                              _____
                                                               Edmund V. Ludwig, J.