IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DONNA ROBERTS                          :          CIVIL ACTION
                                       :
            v.                         :
                                       :
PHILADELPHIA HOUSING AUTHORITY  :          NO. 02-CV-4037-EL


**N O T I C E**

January 9, 2004

        A telephone conference on plaintiff's 2nd motion for

contempt will be held on Wednesday, January 14, 2004 at 11:45

a.m., plaintiff's counsel to initiate the call to chambers -

(215) 580-2030.




cc:  January 9, 2004 (KC)


* MICHAEL DONAHUE (by E-Mail)
mdonahue@clsphila.org


ROGER K. CIAFRE    (By Mail)
PHILADELPHIA HOUSING AUTHORITY LEGAL DEPT




BY:_____
        Deputy Clerk
        Kathryne M. Crispell