IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONNA ROBERTS : CIVIL ACTION
:
v. :
: No. 02-4037
PHILADELPHIA HOUSING AUTHORITY :

## ORDER

AND NOW, this            day of January, 2004, plaintiff's "Renewed Motion for Contempt and to Enforce Court Order and to Enforce Settlement Agreement" is granted[1] as follows:

1. Within ten (10) days of the date of this order, defendant shall pay to Community Legal Services the sum of $806.95, plus interest at the rate of six percent per annum calculated for the period beginning May 10, 2003 through the date of payment;

2. If defendant does not make payment as ordered, it shall be fined $50.00 per day, payable to Community Legal Services, for each day that payment is not made.

BY THE COURT:

_____
Edmund V. Ludwig, J.

---

[1] PHA admits that the parties' February 3, 2003 stipulation required PHA to pay $806.95 to plaintiff by May 10, 2003, and that it did not do so. PHA argues that it requested a check on May 23, 2003 (notably, two weeks after the payment deadline), and that the delay in payment is a result of PHA's "painfully slow procurement process." This alleged systemic breakdown does not justify the delay. The excuse is particularly objectionable given that the filing of three motions for contempt and the entry of an order for contempt were required before PHA even requested a check to cover the fees it agreed to pay to plaintiff in July 2002.