IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA ROBERTS | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-CV-4037-EL |

**N O T I C E**

February 3, 2004

      A telephone conference on plaintiff's motion for attorney fees will be held on Friday, February 6, 2004 at 11:00 a.m., plaintiff's counsel to initiate the call to chambers - (215) 580-2030.

cc:  February 3, 2004 (KC)

\* MICHAEL DONAHUE (by E-Mail)
mdonahue@clsphila.org

ROGER K. CIAFRE   (By Mail)
PHILADELPHIA HOUSING AUTHORITY LEGAL DEPT

BY:_____
    Deputy Clerk
    Kathryne M. Crispell