```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DONNA ROBERTS                    :        CIVIL ACTION
                                 :
         v.                      :
                                 :
PHILADELPHIA HOUSING AUTHORITY   :        NO. 02-CV-4037-EL
```

**N O T I C E**

February 27, 2004

      A telephone conference on plaintiff's motion for attorney fees will be held on Tuesday, March 9, 2004 at 2:30 p.m. plaintiff's counsel to initiate the call to chambers. (215) 580-2030.


cc:  February 27, 2004 (KC)

* MICHAEL DONAHUE (by E-Mail)
mdonahue@clsphila.org

ROGER K. CIAFRE   (By Mail)
PHILADELPHIA HOUSING AUTHORITY LEGAL DEPT


BY:_____
      Deputy Clerk
      Kathryne M. Crispell