IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA ROBERTS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4037 |
| PHILADELPHIA HOUSING AUTHORITY | : | |

**ORDER**

AND NOW, this        day of April, 2004, "Plaintiff's Motion to Determine Amount of Attorneys Fees" is granted and plaintiff is awarded fees in the amount of $1120 for the successful prosecution of plaintiff's motion for contempt and to enforce.[1]

BY THE COURT:

_____
Edmund V. Ludwig, J.

---

[1] Plaintiff is awarded fees for 5.6 hours of work, see Affidavit of Michael Donahue, at ¶ 13, at the rate of $200 per hour.